**E-filed 12/4/06**

1  FRANCIS M. GREGOREK (144785)
   gregorek@whafh.com
2  BETSY C. MANIFOLD (182450)
   manifold@whafh.com
3  FRANCIS A. BOTTINI, JR. (175783)
   bottini@whafh.com
4  RACHELE R. RICKERT (190634)
   rickert@whafh.com
5  MARISA C. LIVESAY (223247)
   livesay@whafh.com
6  WOLF HALDENSTEIN ADLER
    FREEMAN & HERZ LLP
7  Symphony Towers
   750 B Street, Suite 2770
8  San Diego, CA 92101
   Telephone: 619/239-4599
9  Facsimile:  619/234-4599

10 Co-Lead Counsel for Plaintiffs

11 [Additional Counsel Appear On Signature Page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| In re ATMEL CORPORATION DERIVATIVE LITIGATION<br><br>This Document Relates To:  ALL ACTIONS | ) ) ) ) ) ) ) ) ) ) ) ) ) | Master File No. CV 06-4592-JF<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING RELIEF FROM AUTOMATIC REFERRAL TO ASSIGNMENT TO ADR MULTI-OPTION PROGRAM**<br><br>DATE:   N/A<br>TIME:    N/A<br>JUDGE:  Honorable Jeremy Fogel |
|---|---|---|

STIPULATION AND [PROPOSED] ORDER GRANTING RELIEF FROM AUTOMATIC REFERRAL TO ASSIGNMENT TO ADR MULTI-OPTION PROGRAM - MASTER FILE NO. 06-4592 JF (HRL)

1  WHEREAS, this shareholder derivative action was commenced on July 27, 2006;

2  WHEREAS, on July 27, 2006, Court issued an Order Setting Initial Case Management
3  Conference and ADR Deadlines, and assigned this matter to the ADR Multi-Option Program;

4  WHEREAS, counsel for all of the parties have conferred and agree that the ADR Multi-
5  Option Program is premature for this shareholder derivative action, and that a request to the Court
6  for relief pursuant to ADR L.R. 3-3(c) is appropriate;

7  Accordingly, pursuant to ADR L.R. 3-3(c), the parties to this action hereby stipulate, by
8  and through their counsel of record and subject to the approval of the Court, that this action should
9  be removed from the ADR Multi-Option Program without prejudice to participation in the
10 program at a later time.

11 DATED: November 17, 2006          WOLF HALDENSTEIN ADLER
                                     FREEMAN & HERZ LLP
12                                   FRANCIS M. GREGOREK
                                     BETSY C. MANIFOLD
13                                   FRANCIS A. BOTTINI, JR.
                                     RACHELE R. RICKERT
14                                   MARISA C. LIVESAY

15
16                                   _____
                                     RACHELE R. RICKERT
17
                                     750 B Street, Suite 2770
18                                   San Diego, CA 92101
                                     Telephone: 619/239-4599
19                                   Facsimile:  619/234-4599

20 DATED: November 17, 2006          SCHIFFRIN & BARROWAY, LLP
                                     ERIC L. ZAGAR
21                                   ERIC LECHTZIN
                                     TARA KAO
22
23                                   _____
24                                   ERIC L. ZAGAR

25                                   280 King of Prussia Road
                                     Radnor, PA 19087
26                                   Telephone: 610/667-7706
                                     Facsimile:  610/667-7056
27
                                     Co-Lead Counsel for Plaintiffs
28

STIPULATION AND [PROPOSED] ORDER GRANTING RELIEF FROM AUTOMATIC REFERRAL TO
ASSIGNMENT TO ADR MULTI-OPTION PROGRAM - MASTER FILE NO. 06-4592 JF (HRL)

- 1 -

| | | |
|---|---|---|
| 1 | DATED: November ___, 2006 | MORRISON & FOERSTER LLP<br>DARRYL P. RAINS<br>EUGENE ILLOVSKY<br>TODD L. BURLINGAME |

_____
TODD L. BURLINGAME

755 Page Mill Road
Palo Alto, CA 94304-1018
Telephone: 650/813-5600
Facsimile: 650/494-0792

Attorneys for Defendants Tsung-Ching Wu, Graham Turner, Steven Laub, Kris Chellam, Jack Peckham, Donald Colvin, B. Jeffrey Katz, Francis Barton, Bernard Pruniaux, Steven Schumann, T. Peter Thomas, Chaiho Kim, David Sugushita, Norman T. Hall, Pierre Fougere and Nominal Defendant Atmel Corporation

DATED: November 16, 2006

FARELLA BRAUN + MARTELL LLP
JOHN L. COOPER
C. BRANDON WISOFF
ROBERT C. HOLTZAPPLE
JESSICA K. NALL

_____
ROBERT C. HOLTZAPPLE

Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: 415/954-4400
Facsimile: 415/954-4480

Attorneys for Defendants Gust Perlegos and George Perlegos

\*   \*   \*

## **ORDER**

Pursuant to the parties' stipulation and pursuant to ADR L.R. 3-3(c), it is HEREBY ORDERED that this matter is removed from the ADR Multi-Option Program.

DATED: ___12/4/06___

_____
UNITED STATES DISTRICT COURT JUDGE
JEREMY FOGEL

STIPULATION AND [PROPOSED] ORDER GRANTING RELIEF FROM AUTOMATIC REFERRAL TO ASSIGNMENT TO ADR MULTI-OPTION PROGRAM - MASTER FILE NO. 06-4592 JF (HRL)

| | | |
|---|---|---|
| 1 | DATED: November ⁄7, 2006 | MORRISON & FOERSTER LLP |
| 2 | | DARRYL P. RAINS |
| | | EUGENE ILLOVSKY |
| 3 | | TODD L. BURLINGAME |
| 4 | | |
| | | _____ |
| 5 | | TODD L. BURLINGAME |
| 6 | | 755 Page Mill Road |
| | | Palo Alto, CA 94304-1018 |
| 7 | | Telephone: 650/813-5600 |
| | | Facsimile: 650/494-0792 |
| 8 | | Attorneys for Defendants Tsung-Ching Wu, Graham Turner, Steven Laub, Kris Chellam, Jack Peckham, Donald Colvin, B. Jeffrey Katz, Francis Barton, Bernard Pruniaux, Steven Schumann, T. Peter Thomas, Chaiho Kim, David Sugushita, Norman T. Hall, Pierre Fougere and Nominal Defendant Atmel Corporation |
| 12 | DATED: November ____, 2006 | FARELLA BRAUN + MARTELL LLP |
| 13 | | JOHN L. COOPER |
| | | C. BRANDON WISOFF |
| 14 | | ROBERT C. HOLTZAPPLE |
| | | JESSICA K. NALL |
| 16 | | _____ |
| 17 | | JESSICA K. NALL |
| 18 | | Russ Building, 30th Floor |
| | | 235 Montgomery Street |
| 19 | | San Francisco, CA 94104 |
| | | Telephone: 415/954-4400 |
| 20 | | Facsimile: 415/954-4480 |
| 21 | | Attorneys for Defendants Gust Perlegos and George Perlegos |
| 22 | | *   *   * |

### ORDER

Pursuant to the parties' stipulation and pursuant to ADR L.R. 3-3(c), it is HEREBY ORDERED that this matter is removed from the ADR Multi-Option Program.

DATED: _____   _____
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED] ORDER GRANTING RELIEF FROM AUTOMATIC REFERRAL TO ASSIGNMENT TO ADR MULTI-OPTION PROGRAM - MASTER FILE NO. 06-4592 JF (HRL)

- 2 -