DARRYL P. RAINS (BAR NO. 104802)
KENNETH A. KUWAYTI (BAR NO. 145384 )
TODD L. BURLINGAME (BAR NO. 126601)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California  94304-1018
Telephone:  (650) 813-5600
Facsimile:   (650) 494-0792
*DRains@mofo.com*
*KKuwayti@mofo.com*
*Burlingame@mofo.com*

Attorneys for Defendants FRANCIS BARTON, KRIS CHELLAM, DONALD COLVIN, PIERRE FOUGERE, NORMAN T. HALL, JEFFREY B. KATZ, CHAIHO KIM, STEVE LAUB, DONALD PECKHAM, BERNARD PRUNIAUX, STEVEN SCHUMANN, DAVID SUGUSHITA, T. PETER THOMAS, GRAHAM TURNER, and TSUNG-CHING WU and Nominal Defendant ATMEL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re ATMEL CORPORATION DERIVATIVE LITIGATION  _____  This Document Related To:  All Actions | Master File No. CV 06-4592-JF  <u>DERIVATIVE ACTION</u>  **STIPULATION [A̶N̶D̶ ̶P̶R̶O̶P̶O̶S̶E̶D̶ ̶O̶R̶D̶E̶R̶] EXTENDING TIME TO RESPOND TO CONSOLIDATED COMPLAINT**  Assigned to Judge Jeremy Fogel  Courtroom 3, 5th Floor |

MASTER FILE NO. CV-06-4592-JF
STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT
wc-126569

1  The parties in this action hereby stipulate, by and through their counsel of record and subject
2  to the approval of the Court, that defendants have a 30-day extension to respond to the Consolidated
3  Complaint.  Defendants shall respond to the Consolidated Complaint on or before January 17, 2007.

4  Dated: December 6, 2006  MORRISON & FOERSTER LLP
   DARRYL P. RAINS
5  KENNETH A. KUWAYTI
   TODD L. BURLINGAME
6

7
   By:   /s/
8       Todd L. Burlingame

9  755 Page Mill Road
   Palo Alto, CA  94304-1018
10 Telephone:  650/813-5600
   Facsimile:   650/494-0792
11
   Attorneys for Defendants Francis Barton, Kris
12 Chellam, Donald Colvin, Pierre Fougere,
   Norman T. Hall, Jeffrey B. Katz, Chaiho Kim,
13 Steve Laub, Donald Peckham, Bernard
   Pruniaux, Steven Schumann, David Sugushita,
14 T. Peter Thomas, Graham Turner, and Tsung-
   Ching Wu and Nominal Defendant Atmel
15 Corporation

16 Dated: December 6, 2006  WOLF HALDENSTEIN ADLER
        FREEMAN & HERZ LLP
17 FRANCIS M. GREGOREK
   BETSY C. MANIFOLD
18 FRANCIS A. BOTTINI, JR.
   RACHELE R. RICKERT
19 MARISA C. LIVESAY

20

21
   By:   /s/
22       Rachele R. Rickert

23 750 B Street, Suite 2770
   San Diego, CA  92101
24 Telephone:  619/239-4599
   Facsimile:   619/234-4599

25 Co-Lead Counsel for Plaintiffs

26

27

28

MASTER FILE NO. CV-06-4592-JF         1
STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT
wc-126569

| | |
|---|---|
| Dated: December 6, 2006 | SCHIFFRIN & BARROWAY, LLP<br>ERIC L. ZAGAR<br>ERIC LECHTZIN<br>TARA KOA |

By:   /s/
      Eric L. Zagar

280 King of Prussia Road
Radnor, PA 19087
Telephone: 610/667-7706
Facsimile: 610/667-7056

Co-Lead for Plaintiffs

| | |
|---|---|
| Dated: December 6, 2006 | FARELLA BRAUN + MARTELL LLP<br>JOHN L. COOPER<br>C. BRANDON WISOFF<br>ROBERT C. HOLTZAPPLE<br>JESSICA K. NALL |

By:   /s/
      Jessica K. Nall

Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: 415/954-4400
Facsimile: 415/954-4480

Attorneys for Defendants Gus Perlegos and George Perlegos

**ORDER**

Pursuant to the parties' stipulation, it is HEREBY ORDERED that defendants have a 30-day extension to respond to the Consolidated Complaint.

DATED: 12/11/06

UNITED STATES DISTRICT COURT JUDGE
JEREMY FOGEL