**E-filed 1/17/07**

John L. Cooper (State Bar No. 050324)
Robert C. Holtzapple (State Bar No. 145954)
Jessica Nall (State Bar No. 215149)
FARELLA BRAUN & MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Defendants

GEORGE PERLEGOS and GUST PERLEGOS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re ATMEL CORPORATION DERIVATIVE LITIGATION<br><br>———————————————————<br><br>This Document Related To:<br><br>All Actions | Master File No. CV 06-4592-JF<br><br>DERIVATIVE ACTION<br><br>**STIPULATION [AND ~~PROPOSED~~ ORDER] EXTENDING TIME TO RESPOND TO CONSOLIDATED COMPLAINT**<br><br>Assigned to Judge Jeremy Fogel<br>Courtroom 3, 5th Floor |

1    The parties in this action hereby stipulate, by and through their counsel of record and subject

2  to the approval of the Court, to the following briefing schedule: 1) Defendants shall have until

3  January 29, 2007 to respond to the Consolidated Complaint; 2) Plaintiffs shall have until January 29,

4  2007 to file any motions regarding the applicability of the PLSRA to the present case; 3) Oppositions

5  to any related motions shall be due on February 28, 2007; 4) Replies in support of any related

6  motions shall be due on March 16, 2007; 5) Any such motions shall be heard on March 30, 2007, the

7  date currently set for hearing.

8

9    Dated: January 16, 2007                    FARELLA BRAUN + MARTELL LLP
                                                 JOHN L. COOPER
10                                               ROBERT C. HOLTZAPPLE
                                                 JESSICA K. NALL

11

12                                               By:   /s/
                                                       Jessica K. Nall
13

14                                               Russ Building, 30th Floor
                                                 235 Montgomery Street
15                                               San Francisco, CA  94104
                                                 Telephone:  415/954-4400
16                                               Facsimile:   415/954-4480

17                                               Attorneys for Defendants Gust Perlegos and
                                                 George Perlegos
18

19

20

21

22

23

24

25

26

27

28

1

2    Dated: January 16, 2007                    MORRISON & FOERSTER LLP
                                                DARRYL P. RAINS
3                                               KENNETH A. KUWAYTI
                                                TODD L. BURLINGAME
4

5                                               By:  _____
                                                        Todd L. Burlingame
6

7                                               755 Page Mill Road
                                                Palo Alto, CA  94304-1018
8                                               Telephone: 650/813-5600
                                                Facsimile:   650/494-0792

9                                               Attorneys for Defendants Francis Barton, Kris
                                                Chellam, Donald Colvin, Pierre Fougere,
10                                              Norman T. Hall, Jeffrey B. Katz, Chaiho Kim,
                                                Steve Laub, Donald Peckham, Bernard
11                                              Pruniaux, Steven Schumann, David Sugushita,
                                                T. Peter Thomas, Graham Turner, and Tsung-
12                                              Ching Wu and Nominal Defendant Atmel
                                                Corporation
13

14   Dated: January 16, 2007                    WOLF HALDENSTEIN ADLER
                                                FREEMAN & HERZ LLP
                                                FRANCIS M. GREGOREK
15                                              BETSY C. MANIFOLD
                                                FRANCIS A. BOTTINI, JR.
16                                              RACHELE R. RICKERT
                                                MARISA C. LIVESAY
17

18                                              By:  _____
19                                                      Betsy C. Manifold

20                                              750 B Street, Suite 2770
                                                San Diego, CA  92101
21                                              Telephone: 619/239-4599
                                                Facsimile:   619/234-4599
22

23                                              Co-Lead Counsel for Plaintiffs

24

25

26

27

28

1    Dated: January 16, 2007                    SCHIFFRIN & BARROWAY, LLP
                                                ERIC L. ZAGAR
2                                               ERIC LECHTZIN
                                                TARA KOA
3

4
                                                By: _____
5                                                      Eric L. Zagar

6                                               280 King of Prussia Road
                                                Radnor, PA  19087
7                                               Telephone:  610/667-7706
                                                Facsimile:   610/667-7056
8
                                                Co-Lead Counsel for Plaintiffs
9

10

11

12                                        **ORDER**

          Pursuant to the parties' stipulation, it is SO ORDERED.
13

14   DATED: _1/17/07_ _____       _____
                                              UNITED STATES DISTRICT COURT JUDGE
15                                            JEREMY FOGEL

16

17

18

19

20

21

22

23

24

25

26

27

28