**E-filed 2/13/07**

1  FRANCIS M. GREGOREK (144785)
   gregorek@whafh.com
2  BETSY C. MANIFOLD (182450)
   manifold@whafh.com
3  RACHELE R. RICKERT (190634)
   rickert@whafh.com
4  MARISA C. LIVESAY (223247)
   livesay@whafh.com
5  WOLF HALDENSTEIN ADLER
     FREEMAN & HERZ LLP
6  Symphony Towers
7  750 B Street, Suite 2770
   San Diego, CA 92101
8  Telephone: 619/239-4599
   Facsimile:  619/234-4599

Co-Lead Counsel for Plaintiffs

[Additional Counsel Appear On Signature Page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re ATMEL CORPORATION DERIVATIVE LITIGATION | Master File No. 06-4592 JF (HRL) |
| | DERIVATIVE ACTION |
| This Document Relates To: | **STIPULATION AND [~~PROPOSED~~] ORDER TO EXCEED THE APPLICABLE PAGE LIMIT UNDER L.R. 7-4(b)** |
| | CRTRM:  3, 5th Floor |
| | JUDGE:  Hon. Jeremy Fogel |

STIP AND [PROPOSED] ORDER TO EXCEED APPLIC. PAGE LIMIT – MASTER FILE NO. 06-4592 JF (HRL)

1    WHEREAS, on November 3, 2006, plaintiffs filed the Verified Consolidated Shareholder
2  Derivative Complaint ("Complaint") on behalf of Atmel Corporation ("Atmel") against certain of
3  Atmel's current and former officers and directors;
4    WHEREAS, on January 29, 2007, Nominal Defendant Atmel filed a motion to dismiss the
5  Complaint 19 pages in length;
6    WHEREAS, on January 29, 2007, the Individual Defendants filed a motion to dismiss the
7  Complaint 25 pages in length;
8    WHEREAS, on January 29, 2007, defendants George Perlegos and Gust Perlegos filed a
9  motion to dismiss the Complaint 3 pages in length;
10   WHEREAS, on January 30, 2007, defendant Mikes N. Sisois filed a motion to dismiss the
11 Complaint 8 pages in length;
12   WHEREAS, plaintiffs plan to file an opposition to defendants' motions to dismiss on
13 February 28, 2007;
14   WHEREAS, the parties above have met and conferred, and agree that plaintiffs should be
15 granted leave to file an omnibus opposition brief which exceeds the applicable page limit set by
16 L.R. 7-4(b) in response to defendants' multiple motions to dismiss in light of the total length of
17 defendants' motions;
18   THEREFORE, the parties stipulate that plaintiffs shall have a page limit of 50 pages of
19 text for their omnibus opposition to defendants' motions to dismiss.

Dated: February 13, 2007          Respectfully submitted,

                                  WOLF HALDENSTEIN ADLER
                                    FREEMAN & HERZ LLP
                                  FRANCIS M. GREGOREK
                                  BETSY C. MANIFOLD
                                  RACHELE R. RICKERT
                                  MARISA C. LIVESAY

                                  _____
                                  MARISA C. LIVESAY

|   |   |
|---|---|
| 1 | 750 B Street, Suite 2770 |
| 2 | San Diego, CA 92101<br>Telephone: 619/239-4599<br>Facsimile: 619/234-4599 |
| 3 | SCHIFFRIN BARROWAY TOPAZ |
| 4 | & KESSLER LLP<br>ERIC L. ZAGAR |
| 5 | ERIC LECHTZIN<br>TARA KAO |
| 6 | 280 King of Prussia Road<br>Radnor, PA 19087 |
| 7 | Telephone: 610/667-7706<br>Facsimile: 610/667-7056 |
| 8 |  |
| 9 | Co-Lead Counsel for Plaintiffs |
| 10 | DATED: February 13, 2007  MORRISON & FOERSTER LLP<br>DARRYL P. RAINS |
| 11 | KENNETH A. KUWAYTI<br>BRIAN L. LEVINE |

*/s/ Brian Levine*

755 Page Mill Road
Palo Alto, CA 94307-1018
Telephone: 650/813-5600
Facsimile: 494-0792

Attorneys for Defendants Graham Turner, Steven Laub, Kris Chellam, Jack Peckham, Donald Colvin, B. Jeffrey Katz, Francis Barton, T. Peter Thomas, Chaiho Kim, David Sugushita and Pierre Fougere and Nominal Defendant Atmel Corporation

DATED: February 9, 2007

FARELLA BRAUN & MARTELL LLP
JOHN L. COOPER
ROBERT C. HOLTZAPPLE
JESSICA K. NALL

*/s/*

Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: 415/954-4400
Facsimile: 415/954-4480

Attorneys for Defendants Gust Perlegos and George Perlegos

| | |
|---|---|
| 1  DATED: February 13, 2007 | LAW OFFICES OF JAMES L. PAGANO<br>JAMES L. PAGANO |

```
 1   DATED: February 13, 2007          LAW OFFICES OF JAMES L. PAGANO
                                       JAMES L. PAGANO
 2
 3                                     _____
 4                                     96 North Third Street, Suite 525
                                       San Jose, CA 95112-5572
 5                                     Telephone: 408/999-5678
                                       Facsimile: 408/999-5684
 6
                                       Attorney for Defendant Mikes Sisois
 7
 8                                          * * *
 9   PURSUANT TO STIPULATION, IT IS SO ORDERED.
10
     Date: 2/13/07                     _____
11                                     UNITED STATES DISTRICT COURT JUDGE
12                                     JEREMY FOGEL
```

ATMEL: 14499.STIP

STIP AND [PROPOSED] ORDER TO EXCEED APPLIC. PAGE LIMIT – MASTER FILE NO. 06-4592 JF (HRL)

- 3 -