**E-Filed 3/29/07**

1   DARRYL P. RAINS (CA SBN 104802)
    KENNETH A. KUWAYTI (CA SBN 145384)
2   BRIAN L. LEVINE (CA SBN 246726)
    MORRISON & FOERSTER LLP
3   755 Page Mill Road
    Palo Alto, California  94304-1018
4   Telephone: 650.813.5600
    Facsimile: 650.494.0792
5   *DRains@mofo.com*

6   Attorneys for Defendants FRANCIS BARTON, KRIS
    CHELLAM, DONALD COLVIN, PIERRE FOUGERE,
7   NORMAN T. HALL, B. JEFFREY KATZ, CHAIHO KIM,
    STEVE LAUB, DONALD PECKHAM, BERNARD
8   PRUNIAUX, STEVEN SCHUMANN, DAVID
    SUGUSHITA, T. PETER THOMAS, GRAHAM TURNER,
9   TSUNG-CHING WU

10

11                  UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                      SAN JOSE DIVISION

14

| | |
|---|---|
| 15  In re ATMEL CORPORATION DERIVATIVE LITIGATION | Master File No. CV 06-4592-JF |
| 16 | DERIVATIVE ACTION |
| 17  This Document Related To: | **STIPULATION AND [PROPOSED] ORDER TO MOVE HEARING DATE ON DEFENDANTS' MOTIONS TO DISMISS** |
| 18  All Actions | |
| 19 | |
| 20 | |
| 21 | Assigned to Judge Jeremy Fogel Courtroom 3, 5th Floor |
| 22 | |

23

24

25

26

27

28

1    At the request of Defendants' counsel, the parties hereby stipulate that the hearing on

2    Defendants' motions to dismiss, currently scheduled for March 30, 2007 at 9:00 am, shall be

3    continued to April 27, 2007 at 9:00 am.

4

5    Dated:  March 28, 2007

                                    MORRISON & FOERSTER LLP
6                                   DARRYL P. RAINS
                                    KENNETH A. KUWAYTI
7                                   BRIAN LEVINE

8
                                    By:     /s/ Brian L. Levine
9                                           Brian L. Levine

10                                  Attorneys for Defendants FRANCIS
                                    BARTON, KRIS CHELLAM, DONALD
11                                  COLVIN, PIERRE FOUGERE, NORMAN T.
                                    HALL, JEFFREY B. KATZ, CHAIHO KIM,
12                                  STEVE LAUB, DONALD PECKHAM,
                                    BERNARD PRUNIAUX, STEVEN
13                                  SCHUMANN, DAVID SUGUSHITA,  T.
                                    PETER THOMAS, GRAHAM TURNER,
14                                  AND TSUNG-CHING WU AND NOMINAL
                                    DEFENDANT ATMEL CORPORATION
15

16   Dated:  March 28, 2007        FARELLA BRAUN & MARTEL LLP
                                    JOHN L. COOPER
17                                  ROBERT C. HOLTZAPPLE
                                    JESSICA K. NALL
18                                  GRACE WON

19
                                    By:     /s/ Jessica K. Nall
20                                          Jessica K. Nall

21                                  Attorneys for Defendants GEORGE
                                    PERLEGOS AND GUST PERLEGOS
22

23   Dated:  March 28, 2007        LAW OFFICES OF JAMES L. PAGANO
                                    JAMES L. PAGANO
24                                  BOONE T. WHITE

25
                                    By:     /s/ James L. Pagano
26                                          James L. Pagano

27                                  Attorneys for Defendant MIKES SISOIS

28

STIPULATION AND [PROPOSED] ORDER TO MOVE HEARING DATE                    1
MASTER FILE NO. CV 06-4592 JF

| | | |
|---|---|---|
| 1 | Dated:  March 28, 2007 | SCHIFFRIN & BARROWAY, LLP |
| 2 | | ERIC L. ZAGAR<br>ERIC LECHTZIN<br>TARA KOA |
| 3 | | |
| 4 | | |
| 5 | | By:      /s/ Eric L. Zagar<br>              Eric L. Zagar |
| 6 | | Co-Lead Counsel for Plaintiffs |
| 7 | Dated:  March 28, 2007 | WOLF HALDENSTEIN ADLER FREEMAN<br>& HERZ LLP |
| 8 | | FRANCIS M. GREGOREK<br>BETSY C. MANIFOLD |
| 9 | | FRANCIS A. BOTTINI, JR.<br>RACHELE R. RICKERT |
| 10 | | MARISA C. LIVESAY |
| 11 | | |
| 12 | | By:      /s/ Betsy C. Manifold<br>              Betsy C. Manifold |
| 13 | | |
| 14 | | Co-Lead Counsel for Plaintiffs |
| 15 | | |

16  I, Brian L. Levine, am the ECF User whose ID and password are being used to file this

17  Stipulation and [Proposed] Order to Move Hearing Date on Defendants' Motions to Dismiss.  In

18  compliance with General Order 45, X.B., I hereby attest that Jessica K. Nall, James L. Pagano,

19  Eric L. Zagar and Betsy C. Manifold have concurred in this filing.

| | | |
|---|---|---|
| 20 | Dated:  March 28, 2007 | MORRISON & FOERSTER LLP |
| 21 | | |
| 22 | By:      /s/ Brian L. Levine | Brian L. Levine |
| 23 | | |
| 24 | | Attorneys for FRANCIS BARTON, KRIS<br>CHELLAM, DONALD COLVIN, PIERRE<br>FOUGERE, NORMAN T. HALL, B. JEFFREY |
| 25 | | KATZ, CHAIHO KIM, STEVE LAUB, DONALD<br>PECKHAM, BERNARD PRUNIAUX, STEVEN |
| 26 | | SCHUMANN, DAVID SUGUSHITA, T. PETER<br>THOMAS, GRAHAM TURNER, TSUNG-CHING |
| 27 | | WU |
| 28 | | |

1

**ORDER**

2

3        Pursuant to the parties' stipulation, IT IS SO ORDERED.

4    Dated: _____March 29, 2007_____    _____

5                                      JEREMY FOGEL
                                       UNITED STATES DISTRICT COURT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28