1

SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP          **E-filed 6/28/07**
ERIC L. ZAGAR

2

NICHOLE BROWNING
TARA P. KAO

3

280 King of Prussia Road
Radnor, PA 19087

4

Telephone: (610) 667-7706
Facsimile: (610) 667-7506

5

Co-Lead Counsel for Plaintiffs

6

(Additional Counsel on signature page)

7

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN JOSE DIVISION

11

12

In re ATMEL CORPORATION DERIVATIVE
LITIGATION

13

14

This Document Related To:

15

All Actions

16

17

18

19

20

21

22

23

24

25

26

27

28

Master File No. CV 06-4592-JF

DERIVATIVE ACTION

**STIPULATION AND
[PROPOSED] ORDER
CONTINUING CASE
MANAGEMENT CONFERENCE**

Assigned to Judge Jeremy Fogel
Courtroom 3, 5th Floor

1      WHEREAS, on November 3, 2006, Plaintiffs James Juengling, Kenneth Kelley and

2  Anthony A. Noble filed their Verified Consolidated Shareholder Derivative Complaint;

3      WHEREAS, on January 29, 2007, Defendants filed their Motions to Dismiss the Verified

4
  Consolidated Shareholder Derivative Complaint;
5

6      WHEREAS, a hearing was held on Defendants Motions to Dismiss the Complaint on

7  April 27, 2007;

8      WHEREAS, Defendants' motions to dismiss are currently pending before the Court;

9      WHEREAS, there is a case management conference currently scheduled in the above

10  action for June 29, 2007 (the "Case Management Conference");

11

12      THEREFORE, IT IS STIPULATED AND AGREED by Plaintiff and Defendants, through

13  their respective counsel of record, that the Case Management Conference currently scheduled for

14  June 29, 2007 at 10:30 a.m., shall be continued to September 7, 2007 at 10:30 a.m., subject to the

15  approval of the Court.

16  Dated: _____ June 26, 2007 _____     SCHIFFRIN BARROWAY
17                    TOPAZ & KESSLER, LLP
                       ERIC L. ZAGAR
18                    NICHOLE BROWING
                       TARA P. KAO
19

20

21                    By:_____ /s/ _____
                          Eric L. Zagar

22                    Co-Lead Counsel for Plaintiffs

23

24

25

26

27

28

1    Dated:  June 26, 2007                    WOLF HALDENSTEIN ADLER FREEMAN
                                              & HERZ LLP
2                                             FRANCIS M. GREGOREK
                                              BETSY C. MANIFOLD
3                                             FRANCIS A. BOTTINI, JR.
                                              RACHELE R. RICKERT
4                                             MARISA C. LIVESAY

5

6                                             By: _____/s/_____
                                                       Betsy C. Manifold
7
                                              Co-Lead Counsel for Plaintiffs
8

9

10

11
     Dated:  _____June 26, 2007_           MORRISON & FOERSTER LLP
12                                            DARRYL P. RAINS
                                              KENNETH A. KUWAYTI
13                                            BRIAN LEVINE

14

15                                            By:_____/s/_____
                                                      Kenneth A. Kuwayti
16
                                              Attorneys for Defendants FRANCIS
17                                            BARTON, KRIS CHELLAM, DONALD
                                              COLVIN, PIERRE FOUGERE, NORMAN T.
18                                            HALL, JEFFREY B. KATZ, CHAIHO KIM,
                                              STEVE LAUB, DONALD PECKHAM,
19                                            BERNARD PRUNIAUX, STEVEN
                                              SCHUMANN, DAVID SUGUSHITA,  T.
20                                            PETER THOMAS, GRAHAM TURNER,
                                              AND TSUNG-CHING WU AND NOMINAL
21                                            DEFENDANT ATMEL CORPORATION

22

23

24

25

26

27

28

1   Dated: _____June 26, 2007_____          FARELLA BRAUN & MARTEL LLP
                                                  JOHN L. COOPER
2                                                 ROBERT C. HOLTZAPPLE
                                                  JESSICA K. NALL
3                                                 GRACE WON

4

5                                                 By:_____/s/_____
                                                        Jessica K. Nall
6
                                                  Attorneys for Defendants GEORGE
7                                                 PERLEGOS AND GUST PERLEGOS

8   Dated: _____June 26, 2007_____               LAW OFFICES OF JAMES L. PAGANO
                                                  JAMES L. PAGANO
9                                                 BOONE T. WHITE

10

11                                                By:_____/s/_____
                                                        James L. Pagano
12
                                                  Attorneys for Defendant MIKES SISOIS
13

14

15

16

17

18                                    **ORDER**

19
            Pursuant to the parties' stipulation, IT IS SO ORDERED.
20

21   Dated: __6/27/07___                          _____
                                                  JEREMY FOGEL
22                                                UNITED STATES DISTRICT COURT JUDGE

23

24

25

26

27

28

---

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE          3
MASTER FILE NO. CV 06-4592 JF