**E-filed 7/31/07**

**SCHIFFRIN BARROWAY**
**TOPAZ & KESSLER, LLP**
Alan R. Plutzik, Of Counsel (Bar No. 077785)
L. Timothy Fisher, Of Counsel (Bar No. 191626)
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: (925) 945-0770
Facsimile: (925) 945-8792

-and-

Eric L. Zagar
Nichole Browning
Tara P. Kao
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610.667.7706
Facsimile: 610667.7056

Co-Lead Counsel for Plaintiffs

(Additional Counsel on signature page)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| In re ATMEL CORPORATION DERIVATIVE LITIGATION | Master File No. CV 06-4592-JF |
| | DERIVATIVE ACTION |
| This Document Related To: | STIPULATION AND [PROPOSED] ORDER SETTING PLEADING SCHEDULE |
| All Actions | |
| | Assigned to Judge Jeremy Fogel Courtroom 3, 5th Floor |

STIPULATION AND [PROPOSED] ORDER SETTING PLEADING SCHEDULE
MASTER FILE NO. CV 06-4592 JF

1  WHEREAS, on July 16, 2007, the court granted with leave to amend defendants' motions to dismiss for failure to state a claim and deferred the motion to dismiss for failure to make a demand.

WHEREFORE, IT IS STIPULATED AND AGREED by Plaintiffs and Defendants, through their respective counsel of record, subject to the approval of the Court:

1. Plaintiffs shall file an amended complaint by no later than August 21, 2007.

2. Defendants shall file a motion to dismiss the amended complaint by no later than September 28, 2007.

3. Plaintiffs shall file an opposition to Defendants' motion to dismiss by no later than October 26, 2007.

4. Defendants shall reply to Plaintiffs' opposition to Defendants' motion to dismiss by no later than November 16, 2007.

5. The Hearing on the motion to dismiss shall be scheduled for December 7, 2007 at 9:00 a.m., subject to the approval of the Court.

Dated: July 30, 2007

SCHIFFRIN BARROWAY
TOPAZ & KESSLER, LLP
ALAN R. PLUTZIK
L. TIMOTHY FISHER

By: /s/
L. Timothy Fisher

Co-Lead Counsel for Plaintiffs

Dated: July 30, 2007

WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
FRANCIS M. GREGOREK
BETSY C. MANIFOLD
RACHELE R. RICKERT
MARISA C. LIVESAY

By: /s/
Betsy C. Manifold

Co-Lead Counsel for Plaintiffs

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: _____ July 30, 2007 _____ | MORRISON & FOERSTER LLP<br>DARRYL P. RAINS<br>KENNETH A. KUWAYTI<br>BRIAN LEVINE |
| 3 | | |
| 4 | | |
| 5 | | By: _____ /s/ _____<br>        Darryl P. Rains |
| 6 | | |
| 7 | | Attorneys for Defendants FRANCIS BARTON, KRIS CHELLAM, DONALD COLVIN, PIERRE FOUGERE, NORMAN T. HALL, JEFFREY B. KATZ, CHAIHO KIM, STEVE LAUB, DONALD PECKHAM, BERNARD PRUNIAUX, STEVEN SCHUMANN, DAVID SUGUSHITA, T. PETER THOMAS, GRAHAM TURNER, AND TSUNG-CHING WU AND NOMINAL DEFENDANT ATMEL CORPORATION |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | Dated: _____ July 30, 2007 _____ | FARELLA BRAUN & MARTEL LLP<br>JOHN L. COOPER<br>ROBERT C. HOLTZAPPLE<br>JESSICA K. NALL<br>GRACE WON |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | By: _____ /s/ _____<br>        Grace K. Won |
| 18 | | Attorneys for Defendants GEORGE PERLEGOS AND GUST PERLEGOS |
| 19 | | |
| 20 | Dated: _____ July 30, 2007 _____ | LAW OFFICES OF JAMES L. PAGANO<br>JAMES L. PAGANO |
| 21 | | |
| 22 | | By: _____ /s/ _____<br>        James L. Pagano |
| 23 | | Attorneys for Defendant MIKES SISOIS |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

Attestation Pursuant To General Order 45

I, L.Timothy Fisher, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 30th day of July, 2007 at Walnut Creek, California.

/s/ L.Timothy Fisher

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated: 7/31/07

JEREMY FOGEL
UNITED STATES DISTRICT COURT JUDGE