**E-filed 8/29/07**

1  DARRYL P. RAINS (CA SBN 104802)
   KENNETH A. KUWAYTI (CA SBN 145384)
2  BRIAN L. LEVINE (CA SBN 246726)
   MORRISON & FOERSTER LLP
3  755 Page Mill Road
   Palo Alto, California 94304-1018
4  Telephone: 650.813.5600
   Facsimile: 650.494.0792
5  *DRains@mofo.com*

6  Attorneys for Defendants FRANCIS BARTON, KRIS
   CHELLAM, DONALD COLVIN, PIERRE FOUGERE,
7  NORMAN T. HALL, B. JEFFREY KATZ, CHAIHO KIM,
   STEVE LAUB, DONALD PECKHAM, BERNARD
8  PRUNIAUX, STEVEN SCHUMANN, DAVID
   SUGUSHITA, T. PETER THOMAS, GRAHAM TURNER,
9  TSUNG-CHING WU AND NOMIMAL DEFENDANT
   ATMEL CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re ATMEL CORPORATION DERIVATIVE LITIGATION | Master File No. CV 06-4592-JF |
| | DERIVATIVE ACTION |
| This Document Related To:<br><br>All Actions | **STIPULATION AND [PROPOSED] ORDER TO MOVE CASE MANAGEMENT CONFERENCE**<br><br>Assigned to Judge Jeremy Fogel<br>Courtroom 3, 5th Floor |

1  WHEREAS, by Stipulation and Order of June 27, 2007, a Case Management Conference originally scheduled for June 29, 2007 was moved to September 7, 2007, in light of the fact that the Court had not yet ruled on defendants' motions to dismiss;

WHEREAS, on July 16, 2007, the Court entered an order granting defendants' motions to dismiss with leave to amend;

WHEREAS, on July 31, 2007, the Court entered a Stipulation and Order setting a briefing schedule for filing of an amended complaint, and motion to dismiss, scheduling the hearing on any motion to dismiss for December 7, 2007 at 9:00 am.

THEREFORE, IT IS STIPULATED AND AGREED by Plaintiff and Defendants, through their respective counsel of record, that the Case Management Conference currently scheduled for September 7, 2007 at 10:30 am, shall be continued to December 7, 2007 at 10:30 am, subject to approval of the Court.

Dated:  August 27, 2007

MORRISON & FOERSTER LLP
DARRYL P. RAINS
KENNETH A. KUWAYTI
BRIAN LEVINE


By:   /s/ Brian L. Levine
          Brian L. Levine

Attorneys for Defendants FRANCIS BARTON, KRIS CHELLAM, DONALD COLVIN, PIERRE FOUGERE, NORMAN T. HALL, JEFFREY B. KATZ, CHAIHO KIM, STEVE LAUB, DONALD PECKHAM, BERNARD PRUNIAUX, STEVEN SCHUMANN, DAVID SUGUSHITA,  T. PETER THOMAS, GRAHAM TURNER, AND TSUNG-CHING WU AND NOMINAL DEFENDANT ATMEL CORPORATION

| | | |
|---|---|---|
| 1 | Dated: August 27, 2007 | FARELLA BRAUN & MARTEL LLP |
| 2 | | JOHN L. COOPER |
| | | ROBERT C. HOLTZAPPLE |
| 3 | | JESSICA K. NALL |
| | | GRACE WON |

By:  /s/ Jessica K. Nall
        Jessica K. Nall

Attorneys for Defendants GEORGE PERLEGOS AND GUST PERLEGOS

Dated: August 27, 2007  LAW OFFICES OF JAMES L. PAGANO
JAMES L. PAGANO
IAN A. KASS

By:  /s/ James L. Pagano
        James L. Pagano

Attorneys for Defendant MIKES SISOIS

Dated: August 27, 2007  SCHIFFRIN & BARROWAY, LLP
ERIC L. ZAGAR
NICHOLE BROWNING
TARA KAO

By:  /s/ Eric L. Zagar
        Eric L. Zagar

Co-Lead Counsel for Plaintiffs

Dated: August 27, 2007  WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
FRANCIS M. GREGOREK
BETSY C. MANIFOLD
FRANCIS A. BOTTINI, JR.
RACHELE R. RICKERT
MARISA C. LIVESAY

By:  /s/ Betsy C. Manifold
        Betsy C. Manifold

Co-Lead Counsel for Plaintiffs

1   I, Brian L. Levine, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order to Move Case Management Conference.  In compliance with General Order 45, X.B., I hereby attest that Jessica K. Nall, James L. Pagano, Eric L. Zagar and Betsy C. Manifold have concurred in this filing.

Dated:  August 27, 2007          MORRISON & FOERSTER LLP

By:     /s/ Brian L. Levine
        Brian L. Levine

        Attorneys for Defendants FRANCIS BARTON, KRIS CHELLAM, DONALD COLVIN, PIERRE FOUGERE, NORMAN T. HALL, B. JEFFREY KATZ, CHAIHO KIM, STEVE LAUB, DONALD PECKHAM, BERNARD PRUNIAUX, STEVEN SCHUMANN, DAVID SUGUSHITA, T. PETER THOMAS, GRAHAM TURNER, TSUNG-CHING WU

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated:  8/28/07                    _____
                                   JEREMY FOGEL
                                   UNITED STATES DISTRICT COURT JUDGE