**E-filed 10/24/07**

1  SCHIFFRIN BARROWAY
    TOPAZ & KESSLER, LLP
2  Alan R. Plutzik (Bar No. 077785)
   Nichole T. Browning
3  2125 Oak Grove Road, Suite 120
   Walnut Creek, California 94598
4  Telephone: (925) 945-0770
   Facsimile: (925) 945-8792
5  aplutzik@sbtklaw.com
   nbrowning@sbtklaw.com
6  -and-
   Eric L. Zagar
7  Tara P. Kao
   280 King of Prussia Road
8  Radnor, PA 19087
   Telephone: (610) 667-7706
9  Facsimile: (610) 667-7056
   ezagar@sbtklaw.com
10 tkao@sbtklaw.com

11 Co-Lead Counsel for Plaintiffs

12 (Additional Counsel on signature page)

13              **UNITED STATES DISTRICT COURT**

14              **NORTHERN DISTRICT OF CALIFORNIA**

15                    **SAN JOSE DIVISION**

16

17 In re ATMEL CORPORATION DERIVATIVE      Master File No. CV 06-4592-JF
   LITIGATION
18                                          DERIVATIVE ACTION

19 ───────────────────────────             **STIPULATION AND
                                            [PROPOSED] ORDER
20 This Document Related To:                ALLOWING PLAINTIFFS TO
                                            EXCEED PAGE LIMIT**
   All Actions
21

22                                          Assigned to Judge Jeremy Fogel
23                                          Courtroom 3, 5th Floor

24

25

26

27

28

1    WHEREAS, Plaintiffs filed a Consolidated Amended Complaint ("Complaint") in the above-
2    entitled action on August 21, 2007;

3    WHEREAS, on September 28, 2007, under the stipulated schedule, Defendants filed four
4    separate motions to dismiss on behalf of: (1) Defendants Francis Barton, Kris Chellam, Donald
5    Colvin, Pierre Fougere, Norman T. Hall, B. Jeffrey Katz, Chaiho Kim, Jack Peckham, Bernard
6    Pruniaux, Steven Schumann, T. Peter Thomas, Graham Turner and Tsung-Ching Wu; (2) Defendants
7    George Perlegos and Gust Perlegos; (3) Defendant Mikes Sisois (collectively, the "Individual
8    Defendants"); and (4) Nominal Defendant Atmel Corporation ("Atmel");

9    WHEREAS, in the interest of judicial economy, Plaintiffs plan to file two opposition briefs,
10   instead of four, one in response to the Individual Defendants' three motions to dismiss and another in
11   response to Atmel's motion to dismiss.

12   WHEREAS, Plaintiffs seek additional pages for their opposition briefs in response to the four
13   separate motions to dismiss;

14   WHEREAS, on October 16, 2007, Plaintiffs filed a Motion for Leave to Exceed Page Limits
15   and to file a consolidated opposition brief ("Motion for Leave to Exceed Page Limits");

16   WHEREAS, on October 22, 2007, this Court issued an Order granting Plaintiffs leave to file
17   one consolidated opposition brief of 60 pages in length;

18   WHEREAS, before the Order was issued, the parties came to an agreement on the length of
19   the opposition briefs and intended to file a stipulation allowing Plaintiffs to file two opposition briefs
20   and Plaintiffs planned on withdrawing their Motion for Leave to Exceed Page Limits;

21   WHEREAS, the Order was issued before the parties filed the stipulation;

22   IT IS HEREBY STIPULATED AND AGREED, subject to Court approval, that the October
23   22, 2007 Order granting Plaintiffs leave to file one consolidated opposition brief is VACATED.  The
24   briefing on the opposition to Defendants' motions to dismiss filed by Plaintiffs shall include two
25   briefs:  (1) one consolidated brief of no more than 35 pages in length responding to the Individual
26   Defendants' three motions to dismiss and (2) one brief of no more than 25 pages responding to
27   Atmel's motion to dismiss.

28

1

2   Dated:  October 23, 2007                 SCHIFFRIN BARROWAY
                                            TOPAZ & KESSLER, LLP
3                                           ALAN R. PLUTZIK
                                            ERIC L. ZAGAR
4                                           NICHOLE BROWNING
                                            TARA P. KAO
5

6
                                            By:_____/s/_____
7                                                   Alan R. Plutzik

8                                           Co-Lead Counsel for Plaintiffs

9                                           *I, Alan R. Plutzik, am the ECF user whose
                                            ID and password are being used to file this*
10                                          *Stipulation and [Proposed] Order. In*
                                            *compliance with General Order 45, X.B., I*
11                                          *hereby attest that the other signatories on*
                                            *this document have concurred in this filing.*
12
     Dated: October 23, 2007                WOLF HALDENSTEIN ADLER FREEMAN
13                                          & HERZ LLP
                                            FRANCIS M. GREGOREK
14                                          BETSY C. MANIFOLD
                                            RACHELE R. RICKERT
15                                          MARISA C. LIVESAY

16                                          By:_____/s/_____
                                                    Betsy C. Manifold
17
                                            Co-Lead Counsel for Plaintiffs
18

19   Dated:  October 23, 2007               MORRISON & FOERSTER LLP
                                            DARRYL P. RAINS
20                                          KENNETH A. KUWAYTI
                                            BRIAN LEVINE
21
                                            By:_____/s/_____
22                                                  Brian Levine

23                                          Attorneys for Defendants FRANCIS
                                            BARTON, KRIS CHELLAM, DONALD
24                                          COLVIN, PIERRE FOUGERE, NORMAN T.
                                            HALL, JEFFREY B. KATZ, CHAIHO KIM,
25                                          STEVE LAUB, DONALD PECKHAM,
                                            BERNARD PRUNIAUX, STEVEN
26                                          SCHUMANN, DAVID SUGUSHITA,  T.
                                            PETER THOMAS, GRAHAM TURNER,
27                                          AND TSUNG-CHING WU AND NOMINAL
                                            DEFENDANT ATMEL CORPORATION
28

1

Dated: October 23, 2007
2
FARELLA BRAUN & MARTEL LLP
JOHN L. COOPER
3
ROBERT C. HOLTZAPPLE
JESSICA K. NALL
4
GRACE WON

5
By:_____/s/_____
Jessica K. Nall
6
Attorneys for Defendants GEORGE
PERLEGOS AND GUST PERLEGOS
7

Dated: October 23, 2007
8
LAW OFFICES OF JAMES L. PAGANO
JAMES L. PAGANO
9
IAN A. KASS

10
By:_____/s/_____
James L. Pagano
11
Attorneys for Defendant MIKES SISOIS

12

13
\*       \*       \*       \*       \*

14

**ORDER**
15

Pursuant to the parties' stipulation, IT IS SO ORDERED.
16

17
Dated: _10/25/07____

18
THE HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT COURT JUDGE
19

20

21

22

23

24

25

26

27

28