1  SCHIFFRIN BARROWAY
     TOPAZ & KESSLER, LLP
2  Nichole T. Browning                          **E-filed 12/5/07**
   2125 Oak Grove Road, Suite 120
3  Walnut Creek, California 94598
   Telephone: (925) 945-0770
4  Facsimile: (925) 945-8792
   nbrowning@sbtklaw.com
5  -and-
   Eric L. Zagar (Bar No. 250519)
6  Tara P. Kao
   280 King of Prussia Road
7  Radnor, PA 19087
   Telephone: (610) 667-7706
8  Facsimile: (610) 667-7056
   ezagar@sbtklaw.com
9  tkao@sbtklaw.com

10 *Co-Lead Counsel for Plaintiffs*

11 (Additional Counsel on signature page)

12            **UNITED STATES DISTRICT COURT**

13          **NORTHERN DISTRICT OF CALIFORNIA**

14                  **SAN JOSE DIVISION**

15

16 In re ATMEL CORPORATION DERIVATIVE          Master File No. CV 06-4592-JF
   LITIGATION
17                                             DERIVATIVE ACTION
   _____
18                                             STIPULATION AND
   This Document Related To:                   [PROPOSED] ORDER
19                                             REGARDING HEARING ON
   All Actions                                 MOTIONS TO DISMISS AND
20                                             SETTING SCHEDULE

21

22                                             Assigned to Judge Jeremy Fogel
                                               Courtroom 3, 5th Floor
23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER REGARDING HEARING ON MOTIONS TO DISMISS AND SETTING SCHEDULE
MASTER FILE NO. CV 06-4592 JF

WHEREAS, plaintiffs James Juengling, Kenneth Kelley, Randel Smith and Anthony A. Noble (collectively, "Plaintiffs") filed a consolidated complaint on November 3, 2006 against defendants Gust Perlegos, Tsung-Ching Wu, Kris Chellam, Jack Peckham, Donald Colvin, Mikes Sisois, B. Jeffrey Katz, Francis Barton, Graham Turner, Bernard Pruniaux, Steven Schumann, George Perlegos, T. Peter Thomas, Chaiho Kim, Pierre Fougere, Norman Hall, David Sugishita, and Steven Laub (collectively, the "Original Defendants");

WHEREAS, the Court dismissed the consolidated complaint with leave to amend on July 16, 2007 pursuant to motions to dismiss filed by the Original Defendants;

WHEREAS, Plaintiffs filed a Consolidated Amended Complaint (the "Amended Complaint") in the above-entitled action on August 21, 2007;

WHEREAS, Plaintiffs named Michael Ross ("Defendant Ross") in the Amended Complaint as a new Defendant in the Action;

WHEREAS, pursuant to the Court's July 31, 2007 Order, (the "July 31 Order"), on September 28, 2007, the Original Defendants filed four Motions to Dismiss the Amended Complaint (the "Motions") on behalf of (1) Defendants Francis Barton, Kris Chellam, Donald Colvin, Pierre Fougere, Norman T. Hall, B. Jeffrey Katz, Chaiho Kim, Jack Peckham, Bernard Pruniaux, Steven Schumann, T. Peter Thomas, Graham Turner and Tsung-Ching Wu; (2) Defendants George Perlegos and Gust Perlegos; (3) Defendant Mikes Sisois; and (4) Nominal Defendant Atmel Corporation ("Atmel");

WHEREAS, pursuant to the July 31 Order, the Original Defendants' reply briefs were due on November 16, 2007, the hearing on the Motions to Dismiss was set for December 7, 2007, and a case management conference was set for December 7, 2007;

WHEREAS, pursuant to Plaintiffs' request after attempting service on Defendant Ross, counsel for Defendant Ross agreed to waive service on his behalf, and service was waived as of October 31, 2007, and thus his response to the Amended Complaint is due on or before December 31, 2007, pursuant to Fed. R. Civ. P. 4(d);

WHEREAS, because Defendant Ross waived service after the Original Defendants filed their Motions, Plaintiffs agreed to extend the response date for the Original Defendants' Reply

1    Briefs in order to coordinate the briefing schedule with Defendant Ross and include Defendant Ross

2    in the hearing on the Motions to Dismiss, which was scheduled for December 7, 2007;

3        WHEREAS, in light of the foregoing, the parties have agreed, subject to Court approval, to

4    continue the case management conference and hearing on the Original Defendants' Motions until

5    February 29, 2008 so that the Court can hear all Motions to Dismiss, including Defendant Ross'

6    Motion to Dismiss at that time;

7        WHEREAS, the agreed upon schedule is not for the purpose of delay, promotes judicial

8    efficiency, and will not cause prejudice to any party.

9        THEREFORE, IT IS STIPULATED AND AGREED by Plaintiffs, Nominal Defendant

10   Atmel, Defendant Ross and all of the remaining Originial Defendants, through their respective

11   counsel of record, as follows:

12       1.    Defendant Ross shall file a motion to dismiss the Amended Complaint by no later

13   than January 2, 2008.

14       2.    Plaintiffs shall file an opposition to Defendant Ross' motion to dismiss by no later

15   than January 30, 2008.

16       3.    The Original Defendants shall file their reply briefs to Plaintiffs' opposition to their

17   Motions, which were filed on October 26, 2007, by no later than February 15, 2008.

18       4.    Defendant Ross shall file his reply to Plaintiffs' opposition to his Motion to Dismiss

19   by no later than February 15, 2008.

20       5.    The hearing on the Original Defendants' Motions is rescheduled to February 29,

21   2008 at 9:00 a.m.

22       6.    The case management conference is also rescheduled to February 29, 2008 at 10:30

23   a.m.

24       7.    The hearing on Defendant Ross' motion to dismiss is set for February 29, 2008, at 9

25   a.m. to be heard together with the Original Defendants' motions.

26       8.    The parties agree that, by entering into this stipulation, they do not waive any claim,

27   argument or defense that they may have in this action and that nothing in this stipulation limits the

28   rights of any party to take any action not inconsistent with its express terms.

1

2

Dated:  November 30, 2007                    SCHIFFRIN BARROWAY
3                                            TOPAZ & KESSLER, LLP
                                             ERIC L. ZAGAR
4                                            NICHOLE BROWNING
                                             TARA P. KAO
5

6

7                                            By:     /s/_____
                                                     Eric Zagar
8                                            Co-Lead Counsel for Plaintiffs

9    Dated: November 30, 2007                 WOLF HALDENSTEIN ADLER FREEMAN
                                             & HERZ LLP
10                                           FRANCIS M. GREGOREK
                                             BETSY C. MANIFOLD
11                                           RACHELE R. RICKERT
                                             MARISA C. LIVESAY
12

13

14                                           By:     /s/_____
                                                     Betsy C. Manifold
15                                           Co-Lead Counsel for Plaintiffs

16

17   Dated:  November 30, 2007                MORRISON & FOERSTER LLP
                                             DARRYL P. RAINS
18                                           KENNETH A. KUWAYTI
                                             BRIAN LEVINE
19

20                                           By:     /s/_____
                                                     Brian Levine
21

22                                           Attorneys for Defendants FRANCIS
                                             BARTON, KRIS CHELLAM, DONALD
                                             COLVIN, PIERRE FOUGERE, NORMAN T.
23                                           HALL, B. JEFFREY KATZ, CHAIHO KIM,
                                             STEVE LAUB, DONALD PECKHAM,
24                                           BERNARD PRUNIAUX, STEVEN
                                             SCHUMANN, DAVID SUGUSHITA,  T.
25                                           PETER THOMAS, GRAHAM TURNER,
                                             AND TSUNG-CHING WU AND NOMINAL
26                                           DEFENDANT ATMEL CORPORATION

27

28

1

2    Dated: November 30, 2007                 FARELLA BRAUN & MARTEL LLP
                                              JOHN L. COOPER
3                                             ROBERT C. HOLTZAPPLE
                                              JESSICA K. NALL
4                                             GRACE WON

5
                                              By:    /s/_____
6                                                     Jessica K. Nall

7                                             Attorneys for Defendants GEORGE
                                              PERLEGOS AND GUST PERLEGOS
8
     Dated: November 30, 2007                 LAW OFFICES OF JAMES L. PAGANO
9                                             JAMES L. PAGANO
                                              IAN A. KASS
10

11
                                              By:    /s/_____
12                                                    James L. Pagano

13                                            Attorneys for Defendant MIKES SISOIS

14   Dated:  November 30, 2007                ORRICK, HERRINGTON & SUTCLIFFE
                                              LLP
15                                            MICHAEL D. TORPEY
                                              ERIN L. BANSAL
16

17
                                              By:    /s/_____
18                                                    Erin Bansal

19                                            Attorneys for Defendant MICHAEL ROSS

20

21                              **Attestation Pursuant to General Order 45**

22
            I, Eric Zagar, attest that concurrence in the filing of this document has been obtained from
23
     the other signatories.  I declare under penalty of perjury under the laws of the United States that the
24
     foregoing is true and correct.  Executed this 30th day of November, 2007 at Radnor, PA.
25

26

27

28

1

**ORDER**

2

Pursuant to the parties' stipulation, IT IS SO ORDERED.

3

4

Dated: __12/5/07_____

_____
THE HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT COURT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER REGARDING HEARING ON MOTIONS TO DISMISS AND SETTING SCHEDULE
MASTER FILE NO. CV 06-4592 JF

5