W. REECE BADER (STATE BAR NO. 42693)
wrbader@orrick.com
MICHAEL D. TORPEY (STATE BAR NO. 79424)
mtorpey@orrick.com
ERIN L. BANSAL (STATE BAR NO. 213335)
ebansal@orrick.com
KAREN J. STAMBAUGH (STATE BAR NO. 244918)
kstambaugh@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   415-773-5700
Facsimile:   415-773-5759

Attorneys for Defendant
J. Michael Ross

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re ATMEL CORPORATION DERIVATIVE LITIGATION, | Master File No. CV 06-4592-JF <br><br> <u>DERIVATIVE ACTION</u> |
| This Document Relates To: <br><br> ALL ACTIONS. | JOINDER OF J. MICHAEL ROSS IN SUPPORT OF INDIVIDUAL DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO COMPLY WITH RULE 12(b)(6) <br><br> Date:   February 29, 2008 <br> Time:   9:00 a.m. <br> Judge:  Hon. Jeremy Fogel <br> Courtroom: 3 |

Defendant J. Michael Ross ("Ross") hereby submits this joinder and adoption by reference of the below identified sections of the Motion to Dismiss for Failure to Comply with Rule 12(b)(6) (the "Atmel 12(b)(6) Motion"), filed on September 28, 2007 by Defendants Francis Barton, Kris Chellam, Donald Colvin, Pierre Fougere, Norman T. Hall, B. Jeffrey Katz, Chaiho Kim, Jack Peckham, Bernard Pruniaux, Steven Schumann, T. Peter Thomas, Graham Turner and Tsung-Ching Wu (the "Atmel Individual Defendants"), as though fully set forth in his Motion to Dismiss ("Ross Motion to Dismiss") filed concurrently herewith.  By such joinder and adoption of this section of the Atmel 12(b)(6) Motion, Ross does not adopt as true any factual statements and assertions made by the Atmel Individual Defendants in these sections or elsewhere in the Atmel 12(b)(6) Motion as the purpose of these Motions is to test the allegations of the consolidated amended complaint, not to test the truth of factual assertions made by plaintiffs or defendants.

**JOINDER**

**SECTION I:**   **Plaintiffs Do Not Identify Each Individual's Role In The Alleged Backdating Scheme**

Ross joins in the above section of the Atmel 12(b)(6) Motion in its entirety.

**SECTION II:**   **Plaintiffs Do Not Plead Specific Facts Supporting A Strong Inference Of Scienter Or Negligence**

Ross joins in the above section of the Atmel 12(b)(6) Motion in its entirety.

**SECTION IV:**   **Plaintiffs Cannot Avoid Application Of The Statutes Of Repose Using "Equitable Tolling" Or "Continuing Wrong" Theories**

Ross joins in the above section of the Atmel 12(b)(6) Motion in its entirety.

**SECTION V:**   **Plaintiffs Do Not Properly Plead Their State Law Claims**

Ross joins in the above section of the Atmel 12(b)(6) Motion in its entirety.

## CONCLUSION

For all of the reasons set forth in the Ross Motion to Dismiss, and in the adopted portions of the Atmel 12(b)(6) Motion, Ross requests that plaintiffs' consolidated amended complaint be dismissed in its entirety.

Dated: January 2, 2008

W. REECE BADER
MICHAEL D. TORPEY
ERIN L. BANSAL
KAREN J. STAMBAUGH
Orrick, Herrington & Sutcliffe LLP


/s/ Michael D. Torpey
MICHAEL D. TORPEY
Attorneys for Defendant
J. Michael Ross