SCHIFFRIN BARROWAY
  TOPAZ & KESSLER, LLP
Alan R. Plutzik, Of Counsel (Bar No. 077785)
Nichole T. Browning (Bar No. 251937)
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
Telephone: (925) 945-0770
Facsimile: (925) 945-8792

-and-

Eric L. Zagar (Bar No. 250519)
Tara P. Kao
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
ezagar@sbtklaw.com
tkao@sbtklaw.com

Co-Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re ATMEL CORPORATION DERIVATIVE LITIGATION | Master File No. CV 06-4592-JF |
| | [PROPOSED] ORDER TO RELATE AND CONSOLIDATE CASES |
| This Document Related To: All Actions | |

| | |
|---|---|
| 1 | The derivative case, *McWeeny (on behalf of Atmel Corporation) v. Perlegos, et al.*, Case |
| 2 | No. C08-01031 PVT, filed on February 20, 2008, which involves questions of law or fact similar to |
| 3 | those contained in the above-captioned action are consolidated for all purposes under the caption *In* |
| 4 | *re Atmel Corporation Derivative Litigation*, Master File No. CV 06-4592-JF. |

**SO ORDERED.**

Date: 2/28 ,2008

*[signature]*

THE HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT COURT JUDGE

[PROPOSE] ORDER TO RELATE AND CONSOLIDATE CASES
MASTER FILE NO. 06-4592 JF