**E-filed 4/1/08**

1  John L. Cooper (State Bar No. 050324)
   Grace K. Won (State Bar No. 178258)
2  Jessica Nall (State Bar No. 215149)
   Farella Braun & Martel LLP
3  235 Montgomery Street, 17th Floor
   San Francisco, CA  94104
4  Telephone: (415) 954-4400
   Facsimile: (415) 954-4480
5  jcooper@fbm.com
   gwon@fbm.com
6  jnall@fbm.com

7  Attorneys for Defendants
   GEORGE PERLEGOS and
8  GUST PERLEGOS

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                          SAN JOSE DIVISION

12

13  | In re ATMEL CORPORATION DERIVATIVE LITIGATION | Master File No. CV 06-4592-JF |
    |---|---|
    |  | DERIVATIVE ACTION |
    | This Document Relates To: | STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE |
    | All Actions |  |
    |  | Assigned to Judge Jeremy Fogel Courtroom 3, 5th Floor |

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
MASTER FILE NO. CV 06-4592 JF
pa-1141679
21296\1504936.1

1  WHEREAS, on February 29, 2008, the Court held a hearing on Defendants' Motions to
2  Dismiss and continued the Case Management Conference to April 11, 2008 at 10:30 a.m.;
3  WHEREAS, the Court has not yet issued an order on the Motions to Dismiss;
4  WHEREAS, due to scheduling conflicts, some of the parties' counsel are unable to attend
5  the April 11, 2008 Case Management Conference;
6
7  THEREFORE, IT IS STIPULATED AND AGREED by Plaintiffs and Defendants,
8  through their respective counsel of record, that the Case Management Conference currently
9  scheduled for April 11, 2008 at 10:30 a.m., shall be continued to May 9, 2008 at 10:30 a.m.,
10  subject to the approval of the Court.
11
12  Dated:  March 28, 2008                     SCHIFFRIN BARROWAY
                                               TOPAZ & KESSLER, LLP
13                                             ERIC L. ZAGAR
                                               NICHOLE BROWING
14                                             TARA P. KAO
15
16                                             By:    /s/
                                                      Eric L. Zagar
17
                                               Co-Lead Counsel for Plaintiffs
18  Dated:  March 28, 2008                     WOLF HALDENSTEIN ADLER FREEMAN
                                               & HERZ LLP
19                                             FRANCIS M. GREGOREK
                                               BETSY C. MANIFOLD
20                                             FRANCIS A. BOTTINI, JR.
                                               RACHELE R. RICKERT
21                                             MARISA C. LIVESAY
22
23                                             By:    /s/
                                                      Betsy C. Manifold
24
25                                             Co-Lead Counsel for Plaintiffs
26
27
28

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERNCE          1
MASTER FILE NO. CV 06-4592 JF
pa-1141679
21296\1504936.1

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: March 28, 2008 | MORRISON & FOERSTER LLP<br>DARRYL P. RAINS<br>KENNETH A. KUWAYTI |
| 3 | | BRIAN LEVINE |

Dated: March 28, 2008

MORRISON & FOERSTER LLP
DARRYL P. RAINS
KENNETH A. KUWAYTI
BRIAN LEVINE

By:  /s/
     Brian L. Levine

Attorneys for Defendants FRANCIS BARTON, KRIS CHELLAM, DONALD COLVIN, PIERRE FOUGERE, NORMAN T. HALL, JEFFREY B. KATZ, CHAIHO KIM, STEVE LAUB, DONALD PECKHAM, BERNARD PRUNIAUX, STEVEN SCHUMANN, DAVID SUGUSHITA, T. PETER THOMAS, GRAHAM TURNER, AND TSUNG-CHING WU AND NOMINAL DEFENDANT ATMEL CORPORATION

Dated: March 28, 2008

FARELLA BRAUN & MARTEL LLP
JOHN L. COOPER
ROBERT C. HOLTZAPPLE
JESSICA K. NALL
GRACE WON

By:  /s/
     Jessica K. Nall

Attorneys for Defendants GEORGE PERLEGOS AND GUST PERLEGOS

Dated: March 28, 2008

PAGANO & KASS, APC
JAMES L. PAGANO
IAN A. KASS

By:  /s/
     James L. Pagano

Attorneys for Defendant MIKES SISOIS

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERNCE
MASTER FILE NO. CV 06-4592 JF
pa-1141679
21296\1504936.1

2

Dated: March 28, 2008

ORRICK HERRINGTON & SUTCLIFFE LLP
MICHAEL D. TORPEY
ERIN L. BANSAL
KAREN J. STAMBAUGH

By:   /s/
 Michael D. Torpey

Attorneys for Defendant J. MICHAEL ROSS

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Jessica Nall, attest pursuant to General Order 45 that concurrence in the filing of this document has been obtained from the other signatories. Executed this 28th day of March 2008 at San Francisco, CA.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  4/1/08

JEREMY FOGEL
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERNCE
MASTER FILE NO. CV 06-4592 JF
pa-1141679
21296\1504936.1

3