**E-filed 7/10/08**

DARRYL P. RAINS (CA SBN 104802)
KENNETH A. KUWAYTI (CA SBN 145384)
BRIAN L. LEVINE (CA SBN 246726)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792
*DRains@mofo.com*

Attorneys for Defendants FRANCIS BARTON, KRIS CHELLAM, DONALD COLVIN, PIERRE FOUGERE, NORMAN T. HALL, B. JEFFREY KATZ, CHAIHO KIM, STEVE LAUB, DONALD PECKHAM, BERNARD PRUNIAUX, STEVEN SCHUMANN, DAVID SUGUSHITA, T. PETER THOMAS, GRAHAM TURNER, TSUNG-CHING WU AND NOMINAL DEFENDANT ATMEL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re ATMEL CORPORATION DERIVATIVE LITIGATION

This Document Related To:

All Actions

Master File No. CV 06-4592-JF

DERIVATIVE ACTION

**STIPULATION AND [~~PROPOSED~~] ORDER SETTING TIME TO RESPOND TO COMPLAINT**

Assigned to Judge Jeremy Fogel
Courtroom 3, 5th Floor

WHEREAS, on June 25, 2008, the Court granted in part and denied in part defendants' motion to dismiss;

WHEREAS, in its June 25, 2008 Order, the Court ordered that any amended complaint be filed by July 25, 2008;

THEREFORE, IT IS STIPULATED AND AGREED by the parties through their respective counsel of record, as follows:

1. Unless otherwise agreed upon by the parties, defendants will have thirty (30) days from the filing of any amended complaint to file their response.

2. Should plaintiffs decide not to file an amended complaint, they will provide defendants with written notice of that decision and defendants will have thirty (30) days from the date of such written notice to file their response.

Dated: July 7, 2008

MORRISON & FOERSTER LLP
DARRYL P. RAINS
KENNETH A. KUWAYTI
BRIAN LEVINE

By: /s/ Brian L. Levine
Brian L. Levine

Attorneys for Defendants FRANCIS BARTON, KRIS CHELLAM, DONALD COLVIN, PIERRE FOUGERE, NORMAN T. HALL, JEFFREY B. KATZ, CHAIHO KIM, STEVE LAUB, DONALD PECKHAM, BERNARD PRUNIAUX, STEVEN SCHUMANN, DAVID SUGUSHITA, T. PETER THOMAS, GRAHAM TURNER, AND TSUNG-CHING WU AND NOMINAL DEFENDANT ATMEL CORPORATION

Dated: July 7, 2008

FARELLA BRAUN & MARTEL LLP
JOHN L. COOPER
ROBERT C. HOLTZAPPLE
JESSICA K. NALL
GRACE WON

By: /s/ John Cooper
John Cooper

Attorneys for Defendants GEORGE PERLEGOS AND GUST PERLEGOS

Dated: July 7, 2008

LAW OFFICES OF JAMES L. PAGANO
JAMES L. PAGANO
BOONE T. WHITE

By: /s/ James L. Pagano
James L. Pagano

Attorneys for Defendant MIKES SISOIS

Dated: July 7, 2008

ORRICK, HERRINGTON & SUTCLIFFE, LLP
MICHAEL D. TORPEY
KAREN J. STAMBAUGH

By: /s/ Karen J. Stambaugh
Karen J. Stambaugh

Attorneys for Defendant J. MICHAEL ROSS

Dated: July 7, 2008

SCHIFFRIN, BARROWAY TOPAZ & KESSLER, LLP
ERIC L. ZAGAR
NICHOLE BROWNING
TARA KAO

By: /s/ Eric L. Zagar
Eric L. Zagar

Co-Lead Counsel for Plaintiffs

Dated: July 7, 2008

WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
FRANCIS M. GREGOREK
BETSY C. MANIFOLD
FRANCIS A. BOTTINI, JR.
RACHELE R. RICKERT
MARISA C. LIVESAY

By: /s/ Betsy C. Manifold
Betsy C. Manifold

Co-Lead Counsel for Plaintiffs

I, Brian L. Levine, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with General Order 45, X.B., I hereby attest that the parties have concurred in this filing.

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated: 7/10/08

JEREMY FOGEL
UNITED STATES DISTRICT COURT JUDGE