DARRYL P. RAINS (CA SBN 104802)
KENNETH A. KUWAYTI (CA SBN 145384)
BRIAN L. LEVINE (CA SBN 246726)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California  94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792
*DRains@mofo.com*

Attorneys for Defendants FRANCIS BARTON, KRIS CHELLAM, DONALD COLVIN, PIERRE FOUGERE, NORMAN T. HALL, B. JEFFREY KATZ, CHAIHO KIM, STEVE LAUB, DONALD PECKHAM, BERNARD PRUNIAUX, STEVEN SCHUMANN, DAVID SUGUSHITA, T. PETER THOMAS, GRAHAM TURNER, TSUNG-CHING WU AND NOMINAL DEFENDANT ATMEL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| In re ATMEL CORPORATION DERIVATIVE LITIGATION  _____  This Document Related To:  All Actions | Master File No. CV 06-4592-JF  <u>DERIVATIVE ACTION</u>  **STIPULATION AND [PROPOSED] ORDER MOVING DATE TO RESPOND TO COMPLAINT**  Assigned to Judge Jeremy Fogel Courtroom 3, 5th Floor |
|---|---|

STIPULATION AND [PROPOSED] ORDER MOVING DATE TO RESPOND TO COMPLAINT
MASTER FILE NO. CV 06-4592 JF
pa-1276521

1  WHEREAS, defendants response to the complaint on file herein is due today, August 14, 2008;

3  WHEREAS, the parties intend to engage in mediation on October 24, 2008;

4  THEREFORE, IT IS STIPULATED AND AGREED by the parties through their respective counsel of record, as follows:

6  The date for all defendants to respond to plaintiffs' complaint shall be extended until December 8, 2008.

Dated:  August 14, 2008          MORRISON & FOERSTER LLP
                                 DARRYL P. RAINS
                                 KENNETH A. KUWAYTI
                                 BRIAN LEVINE


                                 By:   /s/ Brian L. Levine
                                       Brian L. Levine

                                 Attorneys for Defendants FRANCIS BARTON, KRIS CHELLAM, DONALD COLVIN, PIERRE FOUGERE, NORMAN T. HALL, JEFFREY B. KATZ, CHAIHO KIM, STEVE LAUB, DONALD PECKHAM, BERNARD PRUNIAUX, STEVEN SCHUMANN, DAVID SUGUSHITA, T. PETER THOMAS, GRAHAM TURNER, AND TSUNG-CHING WU AND NOMINAL DEFENDANT ATMEL CORPORATION

Dated:  August 14, 2008          SCHIFFRIN, BARROWAY TOPAZ & KESSLER, LLP
                                 ERIC L. ZAGAR
                                 NICHOLE BROWNING
                                 TARA KAO


                                 By:   /s/ Eric L. Zagar
                                       Eric L. Zagar

                                 Co-Lead Counsel for Plaintiffs

STIPULATION AND [PROPOSED] ORDER MOVING DATE TO RESPOND TO COMPLAINT            1
MASTER FILE NO. CV 06-4592 JF
pa-1276521

Dated: August 14, 2008

WOLF HALDENSTEIN ADLER FREEMAN
 & HERZ LLP
FRANCIS M. GREGOREK
BETSY C. MANIFOLD
FRANCIS A. BOTTINI, JR.
RACHELE R. RICKERT
MARISA C. LIVESAY

By:   /s/ Betsy C. Manifold
       Betsy C. Manifold

Co-Lead Counsel for Plaintiffs

I, Brian L. Levine, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with General Order 45, X.B., I hereby attest that the parties have concurred in this filing.

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated: 8/18/08

JEREMY FOGEL
UNITED STATES DISTRICT COURT JUDGE