```
James L. Pagano, Esq. (SBN 098185)
Ian A. Kass, Esq. (SBN 184480)
PAGANO & KASS, APC
96 North Third Street, Suite 525
San Jose, California  95112
Telephone:  (408) 999-5678
Facsimile:   (408) 999-5684

Attorneys for Defendant
MIKES SISOIS
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: ATMEL CORPORATION DERIVATIVE LITIGATION | Master File No.  CV 06-4592-JF |
| | DERIVATIVE ACTION |
| This Document Relates to: | **STIPULATION AND [PROPOSED] ORDER MOVING DATE TO RESPOND TO COMPLAINT** |
| All Actions. | |
| | Assigned to Judge Jeremy Fogel Courtroom 3, 5th Floor |

WHEREAS, the response of Defendant Mikes Sisois (hereafter as "Defendant Sisois") to the Verified Amended Consolidated Shareholder Derivative Complaint ("the Amended Complaint") that is on file herein was due on August 14, 2008;

WHEREAS, Nominal Defendant, Atmel Corporation ("Atmel"), and various of the individual Defendants, other than Defendant Sisois, were Parties to a stipulation for a proposed order deferring the deadline for said Defendants to file a legally appropriate response[s] to the Amended Complaint from August 14, 2008, to December 8, 2008;

WHEREAS, Defendant Sisois, by and through his counsel of record, and Plaintiffs, by and through their below-named counsel of record, agree that Defendant Sisois is entitled to receive the referenced extension as well;

/ / /

1  WHEREAS, notwithstanding the facts set forth in the last WHEREAS paragraph, the stipulation for order that was signed by counsel for Atmel, the above-identified individual Defendants, and Plaintiffs and which was e-filed with the Court and served on August 14, 2008, inadvertently, omitted Defendant Sisois therefrom;

WHEREAS, it is necessary and prudent for Defendant Sisois to memorialize the terms of the understanding reached by and between his counsel of record and Plaintiffs' counsel;

WHEREAS, Defendant Sisois intends to join with the remaining Defendants and Plaintiffs in a mediation session to take place on October 24, 2008;

THEREFORE, it is stipulated and agreed by and between Defendant Sisois, through his counsel of record, and Plaintiffs, through their counsel of record, as follows:

An order granting Defendant Sisois the right to respond to the Amended Complaint, as it exists, shall be extended, *nunc pro tunc*, from August 14, 2008 through and including December 8, 2008.

IT IS SO AGREED.

Dated:  August ___, 2008         PAGANO & KASS, APC

/s/ James L. Pagano
James L. Pagano, Esq.
Attorneys for Defendant, Mikes Sisois

Dated:  August ___, 2008         SCHIFFRIN, BARROWAY, TOPAZ & KESSLER, LLP

Eric L. Zagar
Nichole Browning
Tara Kao

/s/ Eric L. Zagar
Eric L. Zagar, Esq.
Co-Lead Counsel for Plaintiffs

/ / /

/ / /

| | |
|---|---|
| Dated: August ___, 2008 | WOLFE, HALDENSTEIN, ADLER, FREEMAN & HERZ, LLP |
| | Francis M. Gregorek<br>Betsy C. Manifold<br>Francis A. Bottini, Jr.<br>Rachele R. Rickert<br>Marisa C. Livesay |
| | /s/ Betsy C. Manifold<br>Betsy C. Manifold, Esq.<br>Co-Lead Counsel for Plaintiffs |

I, James L. Pagano, am the ECF user whose I.D. and password are being used to file this Stipulation. In compliance with General Order 45, X.B., I hereby attest that the Parties have concurred in this filing.

PAGANO & KASS, APC

/s/ James L. Pagano
James L. Pagano, Esq.
Attorneys for Defendant, Mikes Sisois

### **ORDER**

Pursuant to the Parties' stipulation, IT IS SO ORDERED.

Dated: 8/20, 2008

The Honorable Jeremy Fogel
United States District Court Judge

H:\stipulation and proposed order moving date to respond to complaint 8-13-08.wpd

---

STIPULATION AND [PROPOSED] ORDER MOVING DATE TO RESPOND TO COMPLAINT
3
Master File No. CV 06-4592-JF