DARRYL P. RAINS (CA SBN 104802)
KENNETH A. KUWAYTI (CA SBN 145384)
BRIAN L. LEVINE (CA SBN 246726)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792
*DRains@mofo.com*

**E-Filed 9/26/08**

Attorneys for Defendants FRANCIS BARTON, KRIS CHELLAM, DONALD COLVIN, PIERRE FOUGERE, NORMAN T. HALL, B. JEFFREY KATZ, CHAIHO KIM, STEVE LAUB, DONALD PECKHAM, BERNARD PRUNIAUX, STEVEN SCHUMANN, DAVID SUGUSHITA, T. PETER THOMAS, GRAHAM TURNER, TSUNG-CHING WU AND NOMINAL DEFENDANT ATMEL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| In re ATMEL CORPORATION DERIVATIVE LITIGATION<br><br>_____<br><br>This Document Related To:<br><br>All Actions | Master File No. CV 06-4592-JF<br><br><u>DERIVATIVE ACTION</u><br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Date:  October 10, 2008<br>Time:  10:00 a.m.<br>Dept.:  3, 5th Floor<br><br>Assigned to Judge Jeremy Fogel |
|---|---|

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE,
MASTER FILE NO. CV 06-4592 JF
pa-1284884

1    Plaintiffs and defendants, through their respective counsel, present the following stipulation to
2    the Court for approval:
3    WHEREAS, a Case Management Conference is currently scheduled for October 10, 2008 at
4    10:30 a.m.;
5    WHEREAS, the parties have planned a mediation to occur on October 24, 2008;
6    WHEREAS, the parties agree that, for the convenience of the parties and the Court, the Case
7    Management Conference should be moved until after the mediation;
8    THEREFORE, IT IS STIPULATED AND AGREED by the parties through their respective
9    counsel of record, that the Case Management Conference currently scheduled for October 10, 2008
10   shall be CONTINUED until November 21, 2008 at ~~10:00~~ 10:30 a.m., or to such other time as is convenient
11   for the Court.

Dated:  September 24, 2008          MORRISON & FOERSTER LLP
                                    DARRYL P. RAINS
                                    KENNETH A. KUWAYTI
                                    BRIAN LEVINE


                                    By:   /s/ Brian L. Levine
                                          Brian L. Levine

                                    Attorneys for Defendants FRANCIS BARTON, KRIS
                                    CHELLAM, DONALD COLVIN, PIERRE FOUGERE,
                                    NORMAN T. HALL, JEFFREY B. KATZ, CHAIHO KIM,
                                    STEVE LAUB, DONALD PECKHAM, BERNARD
                                    PRUNIAUX, STEVEN SCHUMANN, DAVID
                                    SUGUSHITA, T. PETER THOMAS, GRAHAM TURNER,
                                    AND TSUNG-CHING WU AND NOMINAL
                                    DEFENDANT ATMEL CORPORATION

Dated:  September 24, 2008          SCHIFFRIN, BARROWAY TOPAZ & KESSLER, LLP
                                    ERIC L. ZAGAR
                                    NICHOLE BROWNING
                                    TARA KAO


                                    By:   /s/ Nichole Browning
                                          Nichole Browning

                                    Co-Lead Counsel for Plaintiffs

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE,          1
MASTER FILE NO. CV 06-4592 JF
pa-1284884

| | | |
|---|---|---|
| 1 | Dated: September 24, 2008 | WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP |
| 2 | | FRANCIS M. GREGOREK |
| | | BETSY C. MANIFOLD |
| 3 | | FRANCIS A. BOTTINI, JR. |
| | | RACHELE R. RICKERT |
| 4 | | MARISA C. LIVESAY |

By:  /s/ Betsy C. Manifold
    Betsy C. Manifold

Co-Lead Counsel for Plaintiffs

I, Brian L. Levine, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with General Order 45, X.B., I hereby attest that the parties have concurred in this filing.

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated:  9/26/08

_____
JEREMY FOGEL
UNITED STATES DISTRICT COURT JUDGE