1  DARRYL P. RAINS (CA SBN 104802)
   KENNETH A. KUWAYTI (CA SBN 145384)
2  BRIAN L. LEVINE (CA SBN 246726)
   MORRISON & FOERSTER LLP                    **E-Filed 10/29/08**
3  755 Page Mill Road
   Palo Alto, California  94304-1018
4  Telephone: 650.813.5600
   Facsimile: 650.494.0792
5  *DRains@mofo.com*

6  Attorneys for Defendants FRANCIS BARTON, KRIS
   CHELLAM, DONALD COLVIN, PIERRE FOUGERE,
7  NORMAN T. HALL, B. JEFFREY KATZ, CHAIHO KIM,
   STEVE LAUB, JACK PECKHAM, BERNARD
8  PRUNIAUX, STEVEN SCHUMANN, DAVID
   SUGUSHITA, T. PETER THOMAS, GRAHAM TURNER,
9  TSUNG-CHING WU AND NOMINAL DEFENDANT
   ATMEL CORPORATION
10

11                    UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13                          SAN JOSE DIVISION

14

15 | In re ATMEL CORPORATION DERIVATIVE | Master File No. CV 06-4592-JF
16 | LITIGATION |
   | | DERIVATIVE ACTION
17 | _____ | **STIPULATION AND [PROPOSED]**
18 | This Document Related To: | **ORDER  CONTINUING CMC AND**
   | | **DEFENDANTS' DATE TO RESPOND**
   | All Actions | **TO COMPLAINT**
19 | |
20 | | Date:       November 21, 2008
   | | Time:       10:00 a.m.
21 | | Dept.:      3, 5th Floor
22 | | Assigned to Judge Jeremy Fogel

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER CONTINUING CMC AND DEFENDANTS'
DATE TO RESPOND TO COMPLAINT,
MASTER FILE NO. CV 06-4592 JF
pa-1292005

1    Plaintiffs and defendants, through their respective counsel, present the following stipulation

2    to the Court for approval:

3    WHEREAS, defendants' date to respond to plaintiffs' Verified Amended Consolidated

4    Shareholder Derivative Complaint (the "Complaint") is currently due on or before December 4,

5    2008;

6    WHEREAS, a Case Management Conference is currently scheduled for November 21, 2008

7    at 10:30 a.m.;

8    WHEREAS, the parties had stipulated to these dates because they planned to participate in a

9    mediation to occur on October 24, 2008;

10    WHEREAS, the parties were unable to reach a resolution during the October 24, 2008

11    mediation, but agreed to continue the mediation on November 18, 2008;

12    WHEREAS, the parties agree that, for the convenience of the parties and the Court, and so

13    that the parties may focus on settlement efforts, the aforementioned dates should be extended.

14    THEREFORE, IT IS STIPULATED AND AGREED by the parties through their respective

15    counsel of record, that the defendants' date to respond to the Complaint shall be moved to January 5,

16    2009; and Case Management Conference shall be continued to January 9, 2009 at 10:30 a.m. or to

17    another date convenient for the Court.

18

19    Dated:  October 28, 2008          MORRISON & FOERSTER LLP
                                        DARRYL P. RAINS
20                                      KENNETH A. KUWAYTI
                                        BRIAN LEVINE

21

22                                      By:    /s/ Brian L. Levine
                                                   Brian L. Levine
23

24                                      Attorneys for Defendants FRANCIS BARTON, KRIS
                                        CHELLAM, DONALD COLVIN, PIERRE FOUGERE,
25                                      NORMAN T. HALL, JEFFREY B. KATZ, CHAIHO KIM,
                                        STEVE LAUB, JACK PECKHAM, BERNARD
26                                      PRUNIAUX, STEVEN SCHUMANN, DAVID
                                        SUGUSHITA,  T. PETER THOMAS, GRAHAM TURNER,
27                                      AND TSUNG-CHING WU AND NOMINAL
                                        DEFENDANT ATMEL CORPORATION

28

| | |
|---|---|
| 1 | Dated: October 28, 2008 |
| 2 | |
| 3 | |

Dated: October 28, 2008

SCHIFFRIN, BARROWAY TOPAZ & KESSLER, LLP
ERIC L. ZAGAR
NICHOLE BROWNING
TARA KAO

By:     /s/ Nichole Browning
              Nichole Browning

Co-Lead Counsel for Plaintiffs

Dated: October 28, 2008

WOLF HALDENSTEIN ADLER FREEMAN
  & HERZ LLP
FRANCIS M. GREGOREK
BETSY C. MANIFOLD
FRANCIS A. BOTTINI, JR.
RACHELE R. RICKERT
MARISA C. LIVESAY

By:     /s/ Betsy C. Manifold
              Betsy C. Manifold

Co-Lead Counsel for Plaintiffs

I, Brian L. Levine, am the ECF User whose ID and password are being used to file this Stipulation.  In compliance with General Order 45, X.B., I hereby attest that the parties have concurred in this filing.

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated:     10/29/08

_____
JEREMY FOGEL
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED] ORDER CONTINUING CMC AND DEFENDANTS'
DATE TO RESPOND TO COMPLAINT,
MASTER FILE NO. CV 06-4592 JF
pa-1292005

2