1  DARRYL P. RAINS (CA SBN 104802)
   KENNETH A. KUWAYTI (CA SBN 145384)
2  BRIAN L. LEVINE (CA SBN 246726)
   MORRISON & FOERSTER LLP
3  755 Page Mill Road
   Palo Alto, California  94304-1018
4  Telephone: 650.813.5600
   Facsimile: 650.494.0792
5  *DRains@mofo.com*

6  Attorneys for Defendants Francis Barton, Kris Chellam,
   Donald Colvin, Pierre Fougere, Norman T. Hall, B. Jeffrey
7  Katz, Chaiho Kim, Jack Peckham, Bernard Pruniaux, Steven
   Schumann, T. Peter Thomas, Graham Turner, Tsung-Ching
8  Wu And Nominal Defendant Atmel Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| In re ATMEL CORPORATION DERIVATIVE LITIGATION | Master File No. CV 06-4592-JF |
|---|---|
| | DERIVATIVE ACTION |
| This Document Related To: | **STIPULATION AND [PROPOSED] ORDER  EXTENDING DEFENDANTS' DATE TO RESPOND TO COMPLAINT** |
| All Actions | |
| | Assigned to Judge Jeremy Fogel |

STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS'
DATE TO RESPOND TO COMPLAINT, MASTER FILE NO. CV 06-4592 JF
pa-1308107

1 | Plaintiffs and defendants, through their respective counsel, present the following stipulation to the Court for approval:

WHEREAS, defendants' date to respond to plaintiffs' Verified Amended Consolidated Shareholder Derivative Complaint (the "Complaint") is currently set for January 5, 2009;

WHEREAS, the parties attempted to resolve this matter during two mediation sessions, held on October 24 and November 18, but were unable to reach a resolution;

WHEREAS, Atmel and the individual defendants have requested an extension of time and the parties agree that, for the convenience of the parties and the Court, the aforementioned date should be extended;

THEREFORE, IT IS STIPULATED AND AGREED by the parties through their respective counsel of record, that the defendants' date to respond to the Complaint shall be moved to January 19, 2009.

IT IS FURTHER STIPULATED AND AGREED by the parties through their respective counsel of record, that defendants' answer to plaintiffs' Verified Amended Consolidated Shareholder Complaint shall be deemed to answer the Verified Shareholder Derivative Complaint filed by Patrick McWeeny on February 2, 2008 ("McWeeny Complaint"), and defendants shall not be required to answer the McWeeny Complaint separately.

Dated:  December 29, 2008            MORRISON & FOERSTER LLP
                                     DARRYL P. RAINS
                                     KENNETH A. KUWAYTI
                                     BRIAN LEVINE


                                     By:    /s/ Brian L. Levine
                                            Brian L. Levine

                                     Attorneys for Defendants Francis Barton, Kris Chellam,
                                     Donald Colvin, Pierre Fougere, Norman T. Hall, Jeffrey B.
                                     Katz, Chaiho Kim, Jack Peckham, Bernard Pruniaux, David
                                     Sugushita,  T. Peter Thomas, Graham Turner, And Tsung-
                                     Ching Wu And Nominal Defendant Atmel Corporation

| | | |
|---|---|---|
| 1 | Dated: December 29, 2008 | SCHIFFRIN, BARROWAY TOPAZ & KESSLER, LLP |
| 2 | | ERIC L. ZAGAR |
| | | NICHOLE BROWNING |
| 3 | | TARA KAO |

By: /s/ Nichole Browning
　　　　Nichole Browning

Co-Lead Counsel for Plaintiffs

Dated: December 29, 2008　　WOLF HALDENSTEIN ADLER FREEMAN
　　　　　　　　　　　　　　　　& HERZ LLP
　　　　　　　　　　　　　　FRANCIS M. GREGOREK
　　　　　　　　　　　　　　BETSY C. MANIFOLD
　　　　　　　　　　　　　　FRANCIS A. BOTTINI, JR.
　　　　　　　　　　　　　　RACHELE R. RICKERT
　　　　　　　　　　　　　　MARISA C. LIVESAY


By: /s/ Betsy C. Manifold
　　　　Betsy C. Manifold

Co-Lead Counsel for Plaintiffs

I, Brian L. Levine, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with General Order 45, X.B., I hereby attest that the parties have concurred in this filing.

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated: 1/5/09　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JEREMY FOGEL
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS'
DATE TO RESPOND TO COMPLAINT, MASTER FILE NO. CV 06-4592 JF
pa-1308107

2