MICHAEL D. TORPEY (STATE BAR NO. 79424)
mtorpey@orrick.com
KENNETH P. HERZINGER (STATE BAR NO. 209688)
kherzinger@orrick.com
ANDREW M. PURDY (STATE BAR NO. 261912)
apurdy@orrick.com
KAREN J. STAMBAUGH (STATE BAR NO. 244918)
kstambaugh@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    415-773-5700
Facsimile:    415-773-5759

Attorneys for Defendant
J. Michael Ross

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re ATMEL CORPORATION DERIVATIVE LITIGATION, | Master File No.  CV 06-4592-JF |
| This Document Relates To:<br><br>ALL ACTIONS. | STIPULATION AND [PROPOSED] ORDER AMENDING J. MICHAEL ROSS' ANSWER TO THE FIRST AMENDED COMPLAINT<br><br>DERIVATIVE ACTION<br><br>JUDGE:     Hon. Jeremy Fogel |

J. Michael Ross and Plaintiffs, through their respective counsel, present the following stipulation to the Court for approval:

WHEREAS, Mr. Ross filed his answer to the First Amended Complaint ("FAC") on August 14, 2008;

WHEREAS, after Mr. Ross filed his answer, Plaintiffs and counsel for Atmel Corp. (and several individual defendants) filed a stipulation continuing Defendants' date to respond to the

1   FAC;

2   WHEREAS, the deadline to respond to the FAC is now January 20, 2009;

3

4   WHEREAS, Mr. Ross seeks to amend his answer filed August 14, 2008;

5   THEREFORE, IT IS STIPULATED AND AGREED by Mr. Ross and Plaintiffs, through
6   their respective counsel of record, that Mr. Ross may file an amended answer to the FAC.
7

8   Dated:  January 20, 2009                    MICHAEL D. TORPEY
                                                KENNETH P. HERZINGER
9                                               ANDREW M. PURDY
                                                KAREN J. STAMBAUGH
10                                              Orrick, Herrington & Sutcliffe LLP

11
                                                /s/ *Karen J. Stambaugh*
12                                              Karen J. Stambaugh
                                                Attorneys for Defendant
13                                              J. Michael Ross

14

15  Dated:  January 20, 2009                    ERIC L. ZAGAR
                                                NICHOLE BROWNING
16                                              TARA KAO
17                                              BARROWAY TOPAZ KESSLER MELTZER &
                                                CHECK, LLP
18
                                                /s/ *Nichole Browing*
19                                              NICHOLE BROWNING
                                                Co-Lead Counsel for Plaintiffs
20

21

22

23

24

25

26

27

28

| | |
|---|---|
| Dated: January 20, 2009 | FRANCIS M. GREGOREK<br>BETSY C. MANIFOLD<br>FRANCIS A. BOTTINI, JR.<br>RACHELE R. RICKERT<br>MARISA C. LIVESAY<br>WOLF HALDENSTEIN ADLER FREEMAN<br>& HERZ LLP |

*/s/ Betsy C. Manifold*
BETSY C. MANIFOLD
Co-Lead Counsel for Plaintiffs

I, Karen J. Stambaugh, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with General Order 45, X.B., I hereby attest that the parties have concurred in this filing.

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated:  t et es A

JEREMY FOGEL
UNITED STATES DISTRICT COURT JUDGE