*E-Filed 6/3/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re ATMEL CORPORATION DERIVATIVE LITIGATION<br><br>This Document Related To:<br><br>All Actions | Master File No. CV 06-4592-JF<br><br><u>DERIVATIVE ACTION</u><br><br>~~STIPULATION AND [PROPOSED]~~ **ORDER SETTING SCHEDULE**<br><br>Assigned to Judge Jeremy Fogel |

1    Plaintiffs and the undersigned defendants, through their respective counsel, present the
2    following stipulation and proposed order to the Court for approval:
3    WHEREAS, a Case Management Conference ("CMC") was held before this Court on
4    May 15, 2009;
5    THEREFORE, IT IS STIPULATED AND AGREED by the parties through their respective
6    counsel of record, that:
7    1.    The parties will endeavor to reach a settlement agreement and submit to the Court a
8    motion for preliminary approval of settlement by July 10, 2009, the date of the next scheduled CMC.
9    2.    If the parties have not all reached a settlement agreement by July 10, 2009, Atmel
10   shall begin to produce additional discovery by August 10, 2009, and the parties shall submit to the
11   Court a revised discovery and trial schedule.
12   3.    The parties will meet and confer in good faith to determine whether a limited and
13   narrowly targeted document production prior to July 10, 2009 would aid in reaching a settlement.
14   4.    The parties will jointly meet and confer on the production of documents by June 15,
15   2009.
16   5.    The Motion to Compel Production of Documents filed by Defendant J. Michael Ross
17   on May 6, 2009 (Doc. No. 204) shall be taken off calendar without prejudice to Mr. Ross' right to
18   restore the motion to the calendar if appropriate, following the July 10, 2009 CMC.

| | | |
|---|---|---|
| 1 | Dated: June 2, 2009 | MORRISON & FOERSTER LLP |
| 2 | | DARRYL P. RAINS |
| | | KENNETH A. KUWAYTI |
| 3 | | BRIAN LEVINE |

By:   /s/ Brian L. Levine
          Brian L. Levine

755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792

Attorneys for Defendants *Francis Barton, Kris Chellam, Donald Colvin, Pierre Fougere, Norman T. Hall, Jeffrey B. Katz, Chaiho Kim, Steve Laub, Jack Peckham, Bernard Pruniaux, Steven Schumann, David Sugushita, T. Peter Thomas, Graham Turner, Tsung-Ching Wu and Nominal Defendant Atmel Corporation*

Dated: June 2, 2009         FARELLA BRAUN + MARTELL LLP
                            JOHN L. COOPER
                            ROBERT C. HOLTZAPPLE
                            JESSICA K. NALL


By:   /s/ Jessica K. Nall
         JESSICA K. NALL

Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone:  415/954-4400
Facsimile:  415/954-4480

*Attorneys for Defendants Gust Perlegos and George Perlegos*

STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE                    2
MASTER FILE NO. CV 06-4592 JF
pa-1338704

| | | |
|---|---|---|
| 1 | Dated: June 2, 2009 | ERIC L. ZAGAR |
| 2 | | NICHOLE BROWNING |
| | | TARA KAO |
| 3 | | BARROWAY TOPAZ KESSLER MELTZER & CHECK, LLP |

By:    /s/ Eric L. Zagar
       ERIC L. ZAGAR

280 King of Prussia Road
Radnor, PA 19087
Telephone: 610/667-7706
Facsimile:  610/667-7056

*Co-Lead Counsel for Plaintiffs*

Dated: June 2, 2009

WOLF HALDENSTEIN ADLER FREEMAN
  & HERZ LLP
FRANCIS M. GREGOREK
BETSY C. MANIFOLD
FRANCIS A. BOTTINI, JR.
RACHELE R. RICKERT
MARISA C. LIVESAY

By:    /s/ Betsy C. Manifold
       Betsy C. Manifold

*Co-Lead Counsel for Plaintiffs*

I, Brian L. Levine, am the ECF User whose ID and password are being used to file this **Stipulation and [Proposed] Order Setting Schedule** Pursuant to Local Rule 11-5. In compliance with General Order 45, X.B., I hereby attest that all parties have concurred in this filing.

Dated: June 2, 2009    By:    /s/ Brian L. Levine
                                     Brian L. Levine

IT IS SO ORDERED.

Dated:   6/3/2009

JEREMY FOGEL
UNITED STATES DISTRICT COURT JUDGE