**E-Filed 8/17/09**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE ATMEL CORPORATION DERIVATIVE LITIGATION. | Case Number C 06-4592 JF (HRL)<br><br>ORDER REFERRING MOTIONS TO MAGISTRATE JUDGE LLOYD<br><br>[re:  docket no. 223  ] |

On August 13, 2009, counsel Atmel filed an administrative motion requesting modification of the stipulated confidentiality agreement approved by Magistrate Judge Lloyd in his order dated March 13, 2009, and an administrative motion to file documents under seal. Although the order in question was issued by Judge Lloyd, the undersigned agreed to consider Atmel's motions based upon Atmel's representation to court staff that the matters addressed therein were urgent. Subsequently it has become clear that the motions do not require immediate disposition after all. Accordingly, Atmel's administrative motions are referred to Judge Lloyd for disposition.

DATED:  August 17, 2009

_____
JEREMY FOGEL
United States District Judge

Case No. C 06-4592 JF (HRL)
ORDER REFERRING MOTIONS TO MAGISTRATE JUDGE LLOYD
(JFLC2)

1  Copies of Order served on:

2

3  Alan Roth Plutzik     aplutzik@bramsonplutzik.com

4  Amy M. Ross     aross@orrick.com

5  Andrew Michael Purdy     apurdy@orrick.com

6  Betsy Carol Manifold     manifold@whafh.com

7  Brian Lawrence Levine     BLevine@mofo.com, vvandergrift@mofo.com

8  Darryl Paul Rains     drains@mofo.com, dgillis@mofo.com

9  Emanuel Shachmurove     mshachmurove@sbtklaw.com

10 Eric L. Zagar     ezagar@sbtklaw.com, der_filings@sbtklaw.com, kpopovich@sbtklaw.com, rwinchester@sbtklaw.com

11

12 Francis M. Gregorek     gregorek@whafh.com

13 James Lawrence Pagano     paganolaw@aol.com

14 Jessica Koren Nall     jnall@fbm.com, bheuss@fbm.com, calendar@fbm.com

15 John L. Cooper     jcooper@fbm.com, brestivo@fbm.com, calendar@fbm.com

16 Karen Julie Stambaugh     kstambaugh@orrick.com, gjohnson@orrick.com

17 Kathryn Anne Schofield     kschofield@bramsonplutzik.com, moldenburg@bramsonplutzik.com

18 Kenneth P. Herzinger     kherzinger@orrick.com

19 Lawrence Timothy Fisher     ltfisher@bramsonplutzik.com, moldenburg@bramsonplutzik.com

20 Lily Irene Becker     lbecker@orrick.com

21 Marisa C. Livesay     livesay@whafh.com

22 Michael David Torpey     mtorpey@orrick.com

23 Nichole T. Browning     nbrowning@sbtklaw.com

24 Rachele R. Rickert     rickert@whafh.com

25 Tara Puhua Kao     tkao@sbtklaw.com, der_filings@sbtklaw.com

26 Todd L. Burlingame     burlingame@mofo.com

27

28

2

Case No. C 06-4592 JF (HRL)
ORDER REFERRING MOTIONS TO MAGISTRATE JUDGE LLOYD
(JFLC2)