**\*E-FILED 8/24/2009\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE ATMEL CORPORATION DERIVATIVE LITIGATION | No. C06-04592 JF (HRL)<br><br>**INTERIM ORDER RE ATMEL CORPORATION'S DISCOVERY MOTION** |

On August 13, 2009, Atmel Corporation ("Atmel") filed an administrative motion for modification of the stipulated confidentiality agreement entered by this court on March 13, 2009. There being no apparent urgency, and in view of defendant J. Michael Ross' stated desire to submit full briefing on the matter, Atmel's motion will be set for hearing on the undersigned's regular civil law and motion calendar on **September 29, 2009, 10:00 a.m.** in Courtroom 2. Pursuant to Civil Local Rule 7, Ross' opposition shall be filed no later than **September 8, 2009**, and Atmel's reply shall be filed no later than **September 15, 2009**. Should circumstances require the matter to be heard sooner, a party may file an appropriate motion in compliance with Civil Local Rule 6-3. If, upon submission of the parties' briefs, this court determines that the matter may be resolved without oral argument, it will so notify the parties.

SO ORDERED.

Dated: August 24, 2009

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:06-cv-04592-JF Notice electronically mailed to:

2  Alan Roth Plutzik    aplutzik@bramsonplutzik.com

3  Amy M. Ross    aross@orrick.com

4  Andrew Michael Purdy    apurdy@orrick.com

5  Betsy Carol Manifold    manifold@whafh.com

6  Brian Lawrence Levine    BLevine@mofo.com, vvandergrift@mofo.com

7  Darryl Paul Rains    drains@mofo.com, dgillis@mofo.com

8  Emanuel Shachmurove    mshachmurove@sbtklaw.com

9  Eric L. Zagar    ezagar@sbtklaw.com, der_filings@sbtklaw.com, kpopovich@sbtklaw.com, rwinchester@sbtklaw.com

10 Francis M. Gregorek    gregorek@whafh.com

11 James Lawrence Pagano    paganolaw@aol.com

12 Jessica Koren Nall    jnall@fbm.com, bheuss@fbm.com, calendar@fbm.com

13 John L. Cooper    jcooper@fbm.com, brestivo@fbm.com, calendar@fbm.com

14 Karen Julie Stambaugh    kstambaugh@orrick.com, gjohnson@orrick.com

15 Kathryn Anne Schofield    kschofield@bramsonplutzik.com, moldenburg@bramsonplutzik.com

17 Kenneth P. Herzinger    kherzinger@orrick.com

18 Lawrence Timothy Fisher    ltfisher@bramsonplutzik.com, moldenburg@bramsonplutzik.com

19 Lily Irene Becker    lbecker@orrick.com

20 Marisa C. Livesay    livesay@whafh.com

21 Michael David Torpey    mtorpey@orrick.com

22 Nichole T. Browning    nbrowning@sbtklaw.com

23 Rachele R. Rickert    rickert@whafh.com

24 Tara Puhua Kao    tkao@sbtklaw.com, der_filings@sbtklaw.com

25 Todd L. Burlingame    burlingame@mofo.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.