*E-FILED 8/24/2009*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE ATMEL CORPORATION DERIVATIVE LITIGATION | No. C06-04592 JF (HRL) |
| | **INTERIM ORDER RE ATMEL CORPORATION'S DISCOVERY MOTION** |

_____/

On August 13, 2009, Atmel Corporation ("Atmel") filed an administrative motion for modification of the stipulated confidentiality agreement entered by this court on March 13, 2009. There being no apparent urgency, and in view of defendant J. Michael Ross' stated desire to submit full briefing on the matter, Atmel's motion will be set for hearing on the undersigned's regular civil law and motion calendar on **September 29, 2009, 10:00 a.m.** in Courtroom 2. Pursuant to Civil Local Rule 7, Ross' opposition shall be filed no later than **September 8, 2009**, and Atmel's reply shall be filed no later than **September 15, 2009**. Should circumstances require the matter to be heard sooner, a party may file an appropriate motion in compliance with Civil Local Rule 6-3. If, upon submission of the parties' briefs, this court determines that the matter may be resolved without oral argument, it will so notify the parties.

SO ORDERED.

Dated: August 24, 2009

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1   5:06-cv-04592-JF Notice electronically mailed to:

2   Alan Roth Plutzik     aplutzik@bramsonplutzik.com

3   Amy M. Ross     aross@orrick.com

4   Andrew Michael Purdy     apurdy@orrick.com

5   Betsy Carol Manifold     manifold@whafh.com

6   Brian Lawrence Levine     BLevine@mofo.com, vvandergrift@mofo.com

7   Darryl Paul Rains     drains@mofo.com, dgillis@mofo.com

8   Emanuel Shachmurove     mshachmurove@sbtklaw.com

9   Eric L. Zagar     ezagar@sbtklaw.com, der_filings@sbtklaw.com, kpopovich@sbtklaw.com, rwinchester@sbtklaw.com

10  Francis M. Gregorek     gregorek@whafh.com

11  James Lawrence Pagano     paganolaw@aol.com

12  Jessica Koren Nall     jnall@fbm.com, bheuss@fbm.com, calendar@fbm.com

13  John L. Cooper     jcooper@fbm.com, brestivo@fbm.com, calendar@fbm.com

14  Karen Julie Stambaugh     kstambaugh@orrick.com, gjohnson@orrick.com

15  Kathryn Anne Schofield     kschofield@bramsonplutzik.com, moldenburg@bramsonplutzik.com

17  Kenneth P. Herzinger     kherzinger@orrick.com

18  Lawrence Timothy Fisher     ltfisher@bramsonplutzik.com, moldenburg@bramsonplutzik.com

19  Lily Irene Becker     lbecker@orrick.com

20  Marisa C. Livesay     livesay@whafh.com

21  Michael David Torpey     mtorpey@orrick.com

22  Nichole T. Browning     nbrowning@sbtklaw.com

23  Rachele R. Rickert     rickert@whafh.com

24  Tara Puhua Kao     tkao@sbtklaw.com, der_filings@sbtklaw.com

25  Todd L. Burlingame     burlingame@mofo.com

27  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

**United States District Court**
For the Northern District of California

2