UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE ATMEL CORPORATION DERIVATIVE LITIGATION, | Case No.  CV-06-4592-JF<br><br>ORDER ADMINISTRATIVELY CLOSING CONSOLIDATED ACTION |

On October 4, 2006 the above entitled matter was consolidated with case numbers CV-06-4680-JF and CV-06-4973-JF.  At that time, the Court deemed case number CV-06-4592-JF the lead case.  In light of the consolidation, the clerk shall administratively close the following cases: CV-06-4680-JF and CV-06-4973-JF.

IT IS SO ORDERED.

Dated: September 10, 2009

_____
JEREMY FOGEL
United States District Judge