1  DARRYL P. RAINS (CA SBN 104802)
   KENNETH A. KUWAYTI (CA SBN 145384)
2  BRIAN L. LEVINE (CA SBN 246726)
   MORRISON & FOERSTER LLP
3  755 Page Mill Road
   Palo Alto, California  94304-1018
4  Telephone: 650.813.5600
   Facsimile: 650.494.0792
5  *DRains@mofo.com*

6  Attorneys for Defendants Francis Barton, Kris Chellam,
   Donald Colvin, Pierre Fougere, Norman T. Hall, B. Jeffrey
7  Katz, Chaiho Kim, Jack Peckham, Bernard Pruniaux, Steven
   Schumann, T. Peter Thomas, Graham Turner, Tsung-Ching
8  Wu and Nominal Defendant Atmel Corporation

9

                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN JOSE DIVISION
12

13

   | In re ATMEL CORPORATION DERIVATIVE | Master File No. CV 06-4592-JF (HRL) |
14 | LITIGATION | |
   | | **WITHDRAWAL OF MOTION FOR** |
15 | | **ADMINISTRATIVE RELIEF** |

16   This Document Related To:

17   All Actions.

18

19

20

21

22

23

24

25

26

27

28

WITHDRAWAL OF MOTION FOR ADMINISTRATIVE RELIEF
Case No. CV 06-4592 JF (HRL)
pa-1359418

1         On August 13, 2009, Nominal Defendant Atmel Corporation filed a Motion for

2   Administrative Relief with this Court.  Atmel's motion sought permission to use certain documents

3   produced in this action by Defendant Mike Ross in a separate lawsuit brought by Mike Ross in Santa

4   Clara Superior Court.  Atmel's motion was set to be heard by Magistrate Judge Howard Lloyd on

5   September 29, 2009, at 10:00 a.m. in Courtroom 2.

6         Today, Mr. Ross' counsel in the state court action produced to Atmel the documents that were

7   the subject of Atmel's motion, thereby making the motion moot.  As a result, Atmel hereby

8   withdraws its motion.

9

10  Dated:  September 14, 2009          MORRISON & FOERSTER LLP
                                   DARRYL P. RAINS

11                                 KENNETH A. KUWAYTI
                                   BRIAN LEVINE

12

13

14                           By:       s/ Brian L. Levine
                                   Brian L. Levine

15                           Attorneys for Defendants Francis Barton, Kris Chellam,
                             Donald Colvin, Pierre Fougere, Norman T. Hall, B.

16                           Jeffrey Katz, Chaiho Kim, Jack Peckham, Bernard
                             Pruniaux, Steven Schumann, T. Peter Thomas, Graham

17                           Turner, Tsung-Ching Wu and Nominal Defendant Atmel
                             Corporation

18

19

20

21

22

23

24

25

26

27

28

WITHDRAWAL OF MOTION FOR ADMINISTRATIVE RELIEF          1
Case No. CV 06-4592 JF (HRL)
pa-1359418