UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE ATMEL CORPORATION DERIVATIVE LITIGATION, | Case No. CV-06-4592-JF<br><br>ORDER ADMINISTRATIVELY CLOSING CONSOLIDATED ACTION |

On March 3, 2008 the above entitled matter was consolidated with case number CV-08-1031-JF. At that time, the Court deemed case number CV-06-4592-JF the lead case. In light of the consolidation, the clerk shall administratively close the following case: CV-08-1031-JF.

IT IS SO ORDERED.

Dated: September 15, 2009

_____
JEREMY FOGEL
United States District Judge