# EXHIBIT A

1
2
3
4
5
6
7
8                           UNITED STATES DISTRICT COURT
9                          NORTHERN DISTRICT OF CALIFORNIA
10                                  SAN JOSE DIVISION
11

| 12 | In re ATMEL CORPORATION DERIVATIVE LITIGATION | Master File No. CV 06-4592-JF |
|---|---|---|
| 13 | | |
| 14 | | **SETTLEMENT AGREEMENT** |
| 15 | This Document Related To: | **EXHIBIT A** |
| 16 | All Actions. | |
| 17 | | |

18
19               **[PROPOSED] ORDER PRELIMINARILY
         APPROVING SETTLEMENT AND PROVIDING FOR NOTICE**
20
21
22
23
24
25
26
27
28

EXHIBIT A
CASE NO. 06-04592 JF
1717658.1

1   This matter came on for hearing on December 18, 2009. The Settling Parties have made
2   application, pursuant to Federal Rule of Civil Procedure 23.1, for an order: (i) preliminarily
3   approving the proposed settlement of the above-captioned shareholder derivative action and the
4   related State Actions pending in the Superior Court of the State of California, County of Santa
5   Clara, and the Court of Chancery of the State of Delaware, in accordance with the Settlement
6   Agreement dated December 9, 2009 (the "Agreement") and (ii) approving for distribution of the
7   Notice of Settlement.
8       IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:
9       1.    The Court, for purposes of this Preliminary Order, adopts the definitions set forth
10  in paragraphs 1.1 through 1.31 of the Agreement.
11      2.    The Court preliminarily approves the settlement of the Actions set forth in this
12  Agreement as falling within the range of possible approval and meriting submission to Current
13  Atmel Shareholders for consideration.
14      3.    Not later than ten days following entry of this Order, Atmel shall cause a Notice of
15  Proposed Settlement, substantially in the form of Exhibit B to the Agreement, to be filed with the
16  Securities and Exchange Commission ("SEC") on Form 8-K. Atmel shall also file a copy of this
17  Agreement as an exhibit to the Form 8-K.
18      4.    Not later than ten days following entry of this Order, Atmel shall issue a press
19  release regarding the Agreement and shall post a link to the Notice of Proposed Settlement on its
20  website.
21      5.    Not later than ten days following entry of this Order, Atmel shall cause a summary
22  notice of proposed settlement to be published in *Investors Business Daily*. Atmel shall bear the
23  costs of this advertisement.
24      6.    The Court finds that dissemination of information regarding the proposed
25  settlement in the manner set out in this Order constitutes the best notice practicable under the
26  circumstances and complies fully with Rule 23.1 of the Federal Rules of Civil Procedure and the
27  United States Constitution.
28

1  7. A settlement hearing shall be held on _____ , at the United States District Court for the Northern District of California, 280 South First Street, San Jose, CA 95113, at which the Court will determine: (i) whether the terms of the Agreement should be approved as fair, reasonable, and adequate; (ii) whether the separately negotiated payment of Plaintiffs' Counsel's attorneys' fees and expenses should be approved; and (iii) whether the above-entitled action should be dismissed on the merits and with prejudice.  The Court may adjourn or continue the hearing without further notice to Current Atmel Shareholders.

8. Any Current Atmel Shareholder who objects to the settlement of the Actions, or to the separately negotiated payment of Plaintiffs' Counsel's attorneys' fees and expenses, shall have a right to appear and be heard at the settlement hearing.  Any such person must file with the Court and deliver to Plaintiffs' Counsel a written notice of objection postmarked on or before _____.  The objection should be accompanied by proof of ownership of Atmel stock, and shall contain a plain statement of the person's objections, along with any documents or other evidence the person wishes the Court to consider.  Only Shareholders who have filed and delivered valid and timely written notices of objection will be entitled to be heard at the hearing, unless the Court orders otherwise.  Federal Plaintiffs' Counsel shall provide copies of any and all such notices of objection to Counsel for Defendants at least five business days before the settlement hearing.

9. Any Current Atmel Shareholder who does not make an objection in the manner provided herein shall be deemed to have waived any such objection.

10. All discovery and other proceedings in the Actions are hereby stayed and/or enjoined until further order of the Court, except as may be necessary to implement the settlement of the Actions or comply with the terms of this Agreement.

11. Atmel, Settling Defendants, and all Current Atmel Shareholders are hereby barred from commencing or prosecuting any direct or representative action asserting any of the Settled Claims against any of the Released Persons unless and until the Agreement is terminated according to its terms.

EXHIBIT A
CASE NO. 06-04592 JF
1717658.1

2

12. The Court may, for good cause, extend any of the deadlines set forth in the Order without further notice to Current Atmel Shareholders.

13. Neither this Preliminary Order, nor any of its terms or provisions, nor any of the negotiations or proceedings connected with it, shall be referred to, offered as evidence, or received in evidence in any pending or future civil, criminal, or administrative action or proceedings, except in a proceeding to enforce the Preliminary Order, to defend against the assertion of the Settled Claims, or as otherwise required by law.

DATED:_____

THE HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE