NICHOLE BROWNING (251937)
nbrowning@btkmc.com
BARROWAY TOPAZ KESSLER
MELTZER & CHECK, LLP
580 California Street, Suite 1750
San Francisco, CA 94104
Telephone: 415/400-3000
Facsimile: 415/400-3001

FRANCIS M. GREGOREK (144785)
gregorek@whafh.com
BETSY C. MANIFOLD (182450)
manifold@whafh.com
RACHELE R. RICKERT (190634)
rickert@whafh.com
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239 4599
Facsimile:  619/234 4599

*Co-Lead Counsel for Federal Plaintiffs*

(Additional counsel listed on signature and last page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ATMEL CORPORATION DERIVATIVE LITIGATION<br><br>———————————————<br><br>This Document Relates To:<br><br>All Actions | Master File No. 06-4592 JF (HRL)<br><br>**NOTICE OF MOTION AND MOTION TO SHORTEN TIME FOR PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF DERIVATIVE SETTLEMENT**<br><br>DATE:         December 18, 2009<br>TIME:          9:00 a.m.<br>COURTROOM: 3<br>JUDGE:        Hon. Jeremy Fogel |

**TO:   ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on December 18, 2009 at 9:00 a.m., or as soon thereafter as counsel may be heard before the Honorable Jeremy Fogel, United States District Court for the Northern District of California, Courtroom 3, Fifth Floor, 280 South First Street, San Jose, California, James Juengling, Kenneth Kelley, Anthony Noble, Patrick McWeeny and Randel Smith ("Federal Plaintiffs") will move for an order granting preliminary approval of the settlement of this Action.

Federal Plaintiffs hereby move the Court pursuant to Civ. L.R. 6-3 to shorten time for briefing and oral argument on Plaintiffs' Motion for Preliminary Approval of Derivative Settlement ("Motion for Preliminary Approval").  As discussed in the Motion for Preliminary Approval, the Settling Parties have come to a resolution of this action.  The Settling Parties (as defined in the Settlement Agreement dated December 9, 2009, filed contemporaneously herewith) have conferred and agree that it would be in the best interests of the Settling Parties that the Motion for Preliminary Approval be resolved expeditiously.

| Date: December 11, 2009 | Respectfully Submitted, |
|---|---|
| | BARROWAY TOPAZ KESSLER MELTZER & CHECK, LLP |
| | /s/ Nichole Browning |
| | NICHOLE BROWNING 580 California Street, Suite 1750 San Francisco, CA 94104 Telephone: 415/00-3000 Facsimile: 415/400-3001 |
| | -and- |
| | ERIC L. ZAGAR TARA KAO 280 King of Prussia Road Radnor, PA 19087 Telephone:  610/667-7706 Facsimile:   610/667-7056 |
| | WOLF HALDENSTEIN ADLER  FREEMAN & HERZ LLP FRANCIS M. GREGOREK BETSY C. MANIFOLD RACHELE R. RICKERT |

750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599

-and-

LARRY KOLKER
270 Madison Avenue
New York, New York 10016
Telephone: 212-545-4600
Facsimile: 212-545-4653

*Co-Lead Counsel for Federal Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 11, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 11, 2009.

/s/ Nichole Browning

NICHOLE BROWNING
BARROWAY TOPAZ KESSLER
 MELTZER & CHECK, LLP
580 California Street, Suite 1750
San Francisco, CA 94104
Telephone: (415) 400-3004
Facsimile: (415) 400-3001

# Mailing Information for a Case 5:06-cv-04592-JF

# Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Lily Irene Becker**
  lbecker@orrick.com
- **Nichole T. Browning**
  nbrowning@btkmc.com
- **Todd L. Burlingame**
  burlingame@mofo.com
- **John L. Cooper**
  jcooper@fbm.com,brestivo@fbm.com,calendar@fbm.com
- **Lawrence Timothy Fisher**
  ltfisher@bramsonplutzik.com,moldenburg@bramsonplutzik.com
- **Francis M. Gregorek**
  gregorek@whafh.com
- **Kenneth P. Herzinger**
  kherzinger@orrick.com,bclarke@orrick.com
- **Tara Puhua Kao**
  tkao@sbtklaw.com,der_filings@sbtklaw.com
- **Brian Lawrence Levine**
  BLevine@mofo.com,vvandergrift@mofo.com
- **Marisa C. Livesay**
  livesay@whafh.com
- **Betsy Carol Manifold**
  manifold@whafh.com
- **Jessica Koren Nall**
  jnall@fbm.com,calendar@fbm.com,bheuss@fbm.com
- **James Lawrence Pagano**
  paganolaw@aol.com
- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com
- **Andrew Michael Purdy**
  apurdy@orrick.com
- **Darryl Paul Rains**
  drains@mofo.com,dgillis@mofo.com
- **Rachele R. Rickert**
  rickert@whafh.com
- **Amy M. Ross**
  aross@orrick.com
- **Kathryn Anne Schofield**
  kschofield@bramsonplutzik.com,moldenburg@bramsonplutzik.com
- **Emanuel Shachmurove**
  mshachmurove@sbtklaw.com

- **Karen Julie Stambaugh**
  kstambaugh@orrick.com,gjohnson@orrick.com
- **Michael David Torpey**
  mtorpey@orrick.com
- **Eric L. Zagar**
  ezagar@btkmc.com,rwinchester@btkmc.com,tkao@btkmc.com,der_filings@btkmc.com,dalbert@btkmc.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`