NICHOLE BROWNING (251937)
nbrowning@btkmc.com
BARROWAY TOPAZ KESSLER
MELTZER & CHECK, LLP
580 California Street, Suite 1750
San Francisco, CA 94104
Telephone: 415/400-3000
Facsimile: 415/400-3001

-AND-

ERIC L. ZAGAR (250519)
ezagar@btkmc.com
TARA KAO
tkao@btkmc.com
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610/667-7706
Facsimile: 610/667-7056

*Co-Lead Counsel for Federal Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ATMEL CORPORATION DERIVATIVE LITIGATION <br><br> This Document Relates To: <br><br> All Actions | Master File No. 06-4592 JF (HRL) <br><br> **DECLARATION OF ERIC L. ZAGAR IN SUPPORT OF MOTION TO SHORTEN TIME FOR PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF DERIVATIVE SETTLEMENT** |

1. I, Eric L. Zagar, am a partner of the law firm of Barroway Topaz Kessler Meltzer & Check, LLP, Co-Lead Counsel for plaintiffs Patrick McWeeny, James Juengling, Kenneth Kelley, Anthony Nobel, and Randle Smith ("Federal Plaintiffs") in the above-captioned case pending in this Court. I have personal knowledge of the facts set forth in this declaration.

2. Federal Plaintiffs are filing, concurrently with the instant motion to shorten time, a Motion for Preliminary Approval of Derivative Settlement ("Motion for Preliminary Approval"). Based on the filing date of the Motion for Preliminary Approval (December 11, 2009), the next available hearing date for Plaintiffs' Motion for Preliminary Approval is not until 2010.

3. It would be considerably more convenient and efficient to hear the Motion for Preliminary Approval on December 18, 2009.

4. On Friday, December 4, 2009, I conferred with Darryl P. Rains, Esq., counsel for nominal defendant Atmel Corporation and various individual defendants. The Settling Parties proposed that the Court set the hearing date for the Motion for Preliminary Approval for December 18, 2009. None of the Settling Parties had any objection to shortening the time period for the Motion for Preliminary Approval.[1]

5. The requested time modification would have no effect on the schedule for the case.

6. No other time modifications have been requested or ordered in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 11th day of December 2009, at Radnor, Pennsylvania.



ERIC L. ZAGAR

---

[1] Pursuant to the Settlement Agreement dated December 9, 2009 (filed contemporaneously herewith), Defendant James Michael Ross is not included as a "Settling Party."

DECLARATION OF ERIC L. ZAGAR IN SUPPORT OF MOTION TO SHORTEN TIME - 1 -
MASTER FILE NO. 06-4592 JF (HRL)
1718420.1

**CERTIFICATE OF SERVICE**

I hereby certify that on December 11, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 11, 2009.

/s/ Nichole Browning

NICHOLE BROWNING
BARROWAY TOPAZ KESSLER
 MELTZER & CHECK, LLP
580 California Street, Suite 1750
San Francisco, CA 94104
Telephone: (415) 400-3004
Facsimile: (415) 400-3001

**Mailing Information for a Case 5:06-cv-04592-JF**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Lily Irene Becker**
  lbecker@orrick.com
- **Nichole T. Browning**
  nbrowning@btkmc.com
- **Todd L. Burlingame**
  burlingame@mofo.com
- **John L. Cooper**
  jcooper@fbm.com,brestivo@fbm.com,calendar@fbm.com
- **Lawrence Timothy Fisher**
  ltfisher@bramsonplutzik.com,moldenburg@bramsonplutzik.com
- **Francis M. Gregorek**
  gregorek@whafh.com
- **Kenneth P. Herzinger**
  kherzinger@orrick.com,bclarke@orrick.com
- **Tara Puhua Kao**
  tkao@sbtklaw.com,der_filings@sbtklaw.com
- **Brian Lawrence Levine**
  BLevine@mofo.com,vvandergrift@mofo.com
- **Marisa C. Livesay**
  livesay@whafh.com
- **Betsy Carol Manifold**
  manifold@whafh.com
- **Jessica Koren Nall**
  jnall@fbm.com,calendar@fbm.com,bheuss@fbm.com
- **James Lawrence Pagano**
  paganolaw@aol.com
- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com
- **Andrew Michael Purdy**
  apurdy@orrick.com
- **Darryl Paul Rains**
  drains@mofo.com,dgillis@mofo.com
- **Rachele R. Rickert**
  rickert@whafh.com
- **Amy M. Ross**
  aross@orrick.com
- **Kathryn Anne Schofield**
  kschofield@bramsonplutzik.com,moldenburg@bramsonplutzik.com
- **Emanuel Shachmurove**
  mshachmurove@sbtklaw.com

- **Karen Julie Stambaugh**
  kstambaugh@orrick.com,gjohnson@orrick.com
- **Michael David Torpey**
  mtorpey@orrick.com
- **Eric L. Zagar**
  ezagar@btkmc.com,rwinchester@btkmc.com,tkao@btkmc.com,der_filings@btkmc.com,dalbert@btkmc.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)