NICHOLE BROWNING (251937)
nbrowning@btkmc.com
BARROWAY TOPAZ KESSLER
MELTZER & CHECK, LLP
580 California Street, Suite 1750
San Francisco, CA 94104
Telephone: 415/400-3000
Facsimile: 415/400-3001

-AND-

ERIC L. ZAGAR (250519)
ezagar@btkmc.com
TARA KAO
tkao@btkmc.com
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610/667-7706
Facsimile: 610/667-7056

*Co-Lead Counsel for Federal Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ATMEL CORPORATION DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>All Actions | Master File No. 06-4592 JF (HRL)<br><br>**DECLARATION OF ERIC L. ZAGAR IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF DERIVATIVE SETTLEMENT** |

1.  I, Eric L. Zagar, am a partner of the law firm of Barroway Topaz Kessler Meltzer & Check, LLP, Co-Lead Counsel for Plaintiffs in the above-captioned Action (defined in the Settlement Agreement, filed concurrently herewith) pending in this Court. I have personal knowledge of the matters stated herein based on my active participation in all material aspects of the prosecution of this Action. If called upon, I could and would competently testify that the following facts are true and correct.

2.  On December 9, 2009, the Settling Parties executed the Settlement Agreement.

3.  The Settlement is the result of extensive arm's-length negotiations between the Settling Parties with the substantial assistance of the Honorable Layn R. Phillips (Ret.), a highly respected mediator with extensive experience in the mediation of complex actions.

4.  As a result of the settlement of the Actions, Atmel shall receive a financial benefit of $9,650,000 in cash.

5.  In addition, as a result of the pendency, prosecution and settlement of the Actions, Atmel has adopted or will adopt significant corporate governance reforms related to the Company's equity granting practices, which directly address Plaintiffs' allegations relating to Atmel's stock option granting practices and are designed to preclude the recurrence of the wrongdoing alleged in the Actions. The corporate governance reforms under the Settlement also provide for greater independence of Atmel's Board and other measures to increase the effectiveness of the Board.

6.  The Settling Parties all agree that the financial benefits and the corporate governance measures confer substantial benefits on Atmel and its shareholders.

7.  Plaintiffs' Counsel have conducted a careful analysis of the law and a thorough examination of the facts relating to the allegations. Plaintiffs' Counsel have also carefully weighed the benefits of the Settlement against the substantial risks of continued litigation and have concluded that the benefits to be conferred on Atmel by the Settlement will, if approved by the Court, result in a very favorable resolution of the vast majority of the derivative claims and allow Atmel to prevent a recurrence of similar matters in the future.

8. The proposed Settlement is an excellent result for the Company and its current shareholders, and is eminently fair, reasonable, and adequate in light of the significant financial benefits and the significant remediation and corporate governance achieved, notwithstanding impediments to recovery, including legal hurdles and risks involved in proving liability and damages as well as the further risk, delay and expense had this case continued to trial.

9. These changes achieved by the Settlement are extremely beneficial for the Company and its current shareholders and would not have been implemented but for the work of Plaintiffs and their counsel. Thus, the proposed Settlement should be preliminarily approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 11th day of December 2009, at Radnor, Pennsylvania.



ERIC L. ZAGAR

**CERTIFICATE OF SERVICE**

I hereby certify that on December 11, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 11, 2009.

/s/ Nichole Browning

NICHOLE BROWNING
BARROWAY TOPAZ KESSLER
 MELTZER & CHECK, LLP
580 California Street, Suite 1750
San Francisco, CA 94104
Telephone: (415) 400-3004
Facsimile: (415) 400-3001

## Mailing Information for a Case 5:06-cv-04592-JF

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Lily Irene Becker**
  lbecker@orrick.com
- **Nichole T. Browning**
  nbrowning@btkmc.com
- **Todd L. Burlingame**
  burlingame@mofo.com
- **John L. Cooper**
  jcooper@fbm.com,brestivo@fbm.com,calendar@fbm.com
- **Lawrence Timothy Fisher**
  ltfisher@bramsonplutzik.com,moldenburg@bramsonplutzik.com
- **Francis M. Gregorek**
  gregorek@whafh.com
- **Kenneth P. Herzinger**
  kherzinger@orrick.com,bclarke@orrick.com
- **Tara Puhua Kao**
  tkao@sbtklaw.com,der_filings@sbtklaw.com
- **Brian Lawrence Levine**
  BLevine@mofo.com,vvandergrift@mofo.com
- **Marisa C. Livesay**
  livesay@whafh.com
- **Betsy Carol Manifold**
  manifold@whafh.com
- **Jessica Koren Nall**
  jnall@fbm.com,calendar@fbm.com,bheuss@fbm.com
- **James Lawrence Pagano**
  paganolaw@aol.com
- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com
- **Andrew Michael Purdy**
  apurdy@orrick.com
- **Darryl Paul Rains**
  drains@mofo.com,dgillis@mofo.com
- **Rachele R. Rickert**
  rickert@whafh.com
- **Amy M. Ross**
  aross@orrick.com
- **Kathryn Anne Schofield**
  kschofield@bramsonplutzik.com,moldenburg@bramsonplutzik.com
- **Emanuel Shachmurove**
  mshachmurove@sbtklaw.com

- **Karen Julie Stambaugh**
  kstambaugh@orrick.com,gjohnson@orrick.com
- **Michael David Torpey**
  mtorpey@orrick.com
- **Eric L. Zagar**
  ezagar@btkmc.com,rwinchester@btkmc.com,tkao@btkmc.com,der_filings@btkmc.com,dalbert@btkmc.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`