**E-Filed 12/15/09**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ATMEL CORPORATION DERIVATIVE LITIGATION<br><br>This Document Relates To: All Actions | Master File No. CV 06-4592-JF<br><br>[~~PROPOSED~~] **ORDER TO SHORTEN TIME FOR PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF DERIVATIVE SETTLEMENT** |

Plaintiffs' Motion to Shorten Time for Plaintiffs' Motion for Preliminary Approval of Derivative Settlement ("Motion") came before this Court. Having considered plaintiffs' Motion, and good cause appearing therefor, the Court ORDERS as follows:

The Motion is GRANTED.

IT IS SO ORDERED.

DATED: December 15, 2009

_____
THE HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER TO SHORTEN TIME FOR PLAINTIFFS' MOTION
FOR PRELIMINARY APPROVAL OF DERIVATIVE SETTLEMENT
MASTER FILE NO. 06-4592 JF (HRL)
1716709.1

- 1 -