UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| In re ATMEL CORPORATION DERIVATIVE LITIGATION | Master File No. CV 06-4592-JF |
|---|---|
| This Document Related To:<br><br>All Actions. | |

[~~PROPOSED~~] REVISED ORDER PRELIMINARILY APPROVING SETTLEMENT AND PROVIDING FOR NOTICE

This matter came on for hearing on December 18, 2009. The Settling Parties have made application, pursuant to Federal Rule of Civil Procedure 23.1, for an order: (i) preliminarily approving the proposed settlement of the above-captioned shareholder derivative action and the related State Actions pending in the Superior Court of the State of California, County of Santa Clara, and the Court of Chancery of the State of Delaware, in accordance with the Settlement Agreement dated December 9, 2009 (the "Agreement") and (ii) approving for distribution of the Notice of Settlement.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:

1. The Court, for purposes of this Preliminary Order, adopts the definitions set forth in paragraphs 1.1 through 1.31 of the Agreement.

2. The Court preliminarily approves the settlement of the Actions set forth in this Agreement as falling within the range of possible approval and meriting submission to Current Atmel Shareholders for consideration.

3. Not later than January 29, 2010, Atmel shall cause a Notice of Proposed Settlement, substantially in the form of Exhibit B to the Agreement, to be filed with the Securities and Exchange Commission ("SEC") on Form 8-K. Atmel shall also file a copy of this Agreement as an exhibit to the Form 8-K.

4. Not later than January 29, 2010, Atmel shall issue a press release regarding the Agreement and shall post a link to the Notice of Proposed Settlement on its website.

5. Not later than January 29, 2010, Atmel shall cause a summary notice of proposed settlement to be published in *Investors Business Daily*. Atmel shall bear the costs of this advertisement.

6. The Court finds that dissemination of information regarding the proposed settlement in the manner set out in this Order constitutes the best notice practicable under the circumstances and complies fully with Rule 23.1 of the Federal Rules of Civil Procedure and the United States Constitution.

7. A settlement hearing shall be held on March 26, 2010 at 10:30 a.m., at the United States District Court for the Northern District of California, 280 South First Street, San Jose, CA

95113, at which the Court will determine: (i) whether the terms of the Agreement should be approved as fair, reasonable, and adequate; (ii) whether the separately negotiated payment of Plaintiffs' Counsel's attorneys' fees and expenses should be approved; and (iii) whether the above-entitled action should be dismissed on the merits and with prejudice. The Court may adjourn or continue the hearing without further notice to Current Atmel Shareholders.

8. Any Current Atmel Shareholder who objects to the settlement of the Actions, or to the separately negotiated payment of Plaintiffs' Counsel's attorneys' fees and expenses, shall have a right to appear and be heard at the settlement hearing. Any such person must file with the Court and deliver to Plaintiffs' Counsel a written notice of objection postmarked on or before March 12, 2010. The objection should be accompanied by proof of ownership of Atmel stock, and shall contain a plain statement of the person's objections, along with any documents or other evidence the person wishes the Court to consider. Only Shareholders who have filed and delivered valid and timely written notices of objection will be entitled to be heard at the hearing, unless the Court orders otherwise. Federal Plaintiffs' Counsel shall provide copies of any and all such notices of objection to Counsel for Defendants at least five business days before the settlement hearing.

9. All paper including memoranda or briefs in support of the settlement shall be filed and saved seven (7) calendar days prior to the settlement hearing.

10. Any Current Atmel Shareholder who does not make an objection in the manner provided herein shall be deemed to have waived any such objection.

11. All discovery and other proceedings between and among the Settling Parties in the Actions are hereby stayed and/or enjoined until further order of the Court, except as may be necessary to implement the settlement of the Actions or comply with the terms of this Agreement.

12. Atmel, Settling Defendants, and all Current Atmel Shareholders are hereby barred from commencing or prosecuting any direct or representative action asserting any of the Settled Claims against any of the Released Persons unless and until the Agreement is terminated according to its terms.

13. The Court may, for good cause, extend any of the deadlines set forth in the Order without further notice to Current Atmel Shareholders.

14. Neither this Preliminary Order, nor any of its terms or provisions, nor any of the negotiations or proceedings connected with it, shall be referred to, offered as evidence, or received in evidence in any pending or future civil, criminal, or administrative action or proceedings, except in a proceeding to enforce the Preliminary Order, to defend against the assertion of the Settled Claims, or as otherwise required by law.

DATED: 1/14/10

THE HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

ATMEL:17375

I, Marta Stasik, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 750 B Street, Suite 2770, San Diego, California 92101.

2. That on January 12, 2010, declarant served the following documents:

**[PROPOSED] REVISED ORDER PRELIMINARILY APPROVING SETTLEMENT AND PROVIDING FOR NOTICE**

via CM/ECF to the parties listed on the attached Service List.

3. That there is regular communication between the parties.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 12th day of January 2010, at San Diego, California.

_____
MARTA STASIK

ATMEL CORPORATION
Service List -- September 27, 2006
Page 1

COUNSEL FOR PLAINTIFFS

Francis M. Gregorek
Betsy C. Manifold
Rachele R. Rickert
WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP
750 B Street, Suite 2770
San Diego, CA 92101
    619/239-4599
    619/234-4599 (fax)
gregorek@whafh.com
manifold@whafh.com
rickert@whafh.com

Eric L. Zagar
Eric Lechtzin
Tara Kao
BARROWAY TOPAZ KESSLER
 MELTZER & CHECK LLP
280 King of Prussia Road
Radnor, PA 19087
    610/667-7706
    610/667-7056 (fax)
ezagar@btkmc.com
tkao@btkmc.com

Nichole Browning
BARROWAY TOPAZ KESSLER
 MELTZER & CHECK LLP
580 California Street, Suite 1750
San Francisco, CA, CA 94104
    415/400-3000
    415/400-3001 (fax)
nbrowning@btkmc.com

Counsel for Plaintiff Anthony A. Noble

Alan R. Plutzik
L. Timothy Fisher
BRAMSON, PLUTZIK, MAHLER &
 BIRKHAEUSER, LLP
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
    925/945-0200
    925/945-8792
aplutzik@bramsonplutzik.com
ltfisher@bramsonplutzik.com

Attorneys for Plaintiffs James Juengling
and Kenneth Kelley

COUNSEL FOR DEFENDANTS

Darryl P. Rains
Kenneth A. Kuwayti
Brian L. Levine
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA 94304-1018
    650/813-5600
    650/494-0792 (fax)
drains@mofo.com
kkuwayti@mofo.com
blevine@mofo.com

Attorneys for Defendants Graham Turner,
Steven Laub, Kris Chellam, Jack Peckham,
Donald Colvin, B. Jeffrey Katz, Francis
Barton, T. Peter Thomas, Chaiho Kim,
David Sugushita and Pierre Fougere and
Nominal Defendant Atmel Corporation

ATMEL CORPORATION
Service List -- September 27, 2006
Page 2

## COUNSEL FOR DEFENDANTS

John L. Cooper
Jessica K. Nall
Grace Won
Paul Alsdorf
FARELLA BRAUN + MARTELL LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
    415/954-4400
    415/954-4480 (fax)
jcooper@fbm.com
jnall@fbm.com
gwon@fbm.com
palsdorf@fbm.com

Attorneys for Defendants Gust Perlegos and George Perlegos

James L. Pagano
Ian A. Kass
PAGANO & KASS, APC
96 North Third Street, Suite 525
San Jose, CA 95112-5572
    408/999-5678
    408/999-5684 (fax)
paganolaw@aol.com

Attorney for Defendant Mikes Sisois

Michael D. Torpey
Karen J. Stambaugh
W. Reece Bader
Kenneth P. Herzinger
Amy Ross
Lily Becker
ORRICK, HERRINGTON
 & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
    415/773-5700
    415/773-5759 (fax)
kstambaugh@orrick.com
mtorpey@orrick.com
wrbader@orrick.com
kherzinger@orrick.com
aross@orrick.com
lbecker@orrick.com

Attorneys for Defendant Michael Ross

\*