1   MICHAEL D. TORPEY (STATE BAR NO. 79424)
    *mtorpey@orrick.com*
2   KENNETH P. HERZINGER (STATE BAR NO. 209688)          **E-Filed 4/29/2010**
    *kherzinger@orrick.com*
3   AMY C. LAUGHLIN (STATE BAR NO. 164589)
    *alaughlin@orrick.com*
4   KAREN J. STAMBAUGH (STATE BAR NO. 244918)
    *kstambaugh@orrick.com*
5   LILY I. BECKER (STATE BAR NO. 251145)
    *lbecker@orrick.com*
6   ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building
7   405 Howard Street
    San Francisco, CA  94105-2669
8   Telephone:     415-773-5700
    Facsimile:     415-773-5759
9
    Attorneys for Defendant
10  J. Michael Ross

11

12                      UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14                           SAN JOSE DIVISION

15

16  In re ATMEL CORPORATION DERIVATIVE          Master File No. CV 06-4592-JF
    LITIGATION
17  _____      DERIVATIVE ACTION

18  This Document Related To:                   **STIPULATION AND [PROPOSED]
                                                ORDER SETTING CASE
19  All Actions                                 MANAGEMENT CONFERENCE**

20                                               Assigned to Judge Jeremy Fogel

21

22

23

24

25

26

27

28

1          The parties, through their respective counsel, present the following stipulation and

2   proposed order to the Court for approval:

3          WHEREAS, the Court granted final approval of the proposed settlement agreement on

4   March 31, 2010, which resolves the case with respect to all defendants except Mr. Ross; and

5          WHEREAS, the parties believe a case management conference should be held to discuss

6   scheduling and other case management issues;

7          THEREFORE, IT IS STIPULATED AND AGREED by the parties through their

8   respective counsel of record, that a case management conference be held on May 7, 2010.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER SETTING CMC
MASTER FILE NO. CV 06-4592 JF
OHS West:260904940.1

1

1

2       I, Kenneth Herzinger, am the ECF User whose ID and password are being used to file this

3   **Stipulation and [Proposed] Order Setting Case Management Conference and Schedule**.  In

4   compliance with General Order 45, X.B., I hereby attest that all parties have concurred in this filing.

5   Dated:  April 27, 2010                          ORRICK, HERRINGTON & SUTCLIFFE LLP.

6

7                                                   By:____/s/ Kenneth Herzinger_____
                                                        KENNETH HERZINGER
8
                                                    405 Howard Street
9                                                   San Francisco, CA  94105-2669
                                                    Telephone: 415/773-5409
10                                                  Facsimile: 415/773-5759
                                                    kherzinger@orrick.com
11
                                                    *Attorney for Defendant Mike Ross*
12

13

14  Dated:  April 27, 2010                          WOLF HALDENSTEIN ADLER FREEMAN
                                                        & HERZ LLP
15                                                  FRANCIS M. GREGOREK
                                                    BETSY C. MANIFOLD
16                                                  FRANCIS A. BOTTINI, JR.
                                                    RACHELE R. RICKERT
17                                                  MARISA C. LIVESAY

18

19                                                  By:     /s/ Betsy C. Manifold_____
                                                        Betsy C. Manifold
20
                                                    *Co-Lead Counsel for Plaintiffs*
21

22

23

24

25

26

27

28

1   Dated:  April 27, 2010                    MORRISON & FOERSTER LLP
                                              DARRYL P. RAINS
2                                             KENNETH A. KUWAYTI
                                              BRIAN LEVINE
3

4
                                             By:      /s/ Kenneth A. Kuwayti
5                                                     Kenneth A. Kuwayti

6                                            755 Page Mill Road
                                             Palo Alto, California  94304-1018
7                                            Telephone: 650.813.5600
                                             Facsimile: 650.494.0792
8
                                             *Attorneys for Atmel Corporation*
9

10

11          IT IS SO ORDERED.

12

13   Dated:  _____4/29/2010_____              _____
14                                                       JEREMY FOGEL
                                             UNITED STATES DISTRICT COURT JUDGE
15

16

17

18

19

20

21

22

23

24

25

26

27

28